**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RICKY WEAVER, as Personal
Representative of the Estate of
MICAH WEAVER, Deceased**                                    **PLAINTIFF**

**V.**                                    **1:11CV0025**

**TOYOTA MOTOR CORPORATION, A
Japanese corporation; TOYOTA MOTOR
SALES, U.S.A., INC., a California
corporation; and TK HOLDINGS, INC.**                        **DEFENDANTS**

## ORDER

Pursuant to communication from Plaintiff's counsel, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2012.

James M. Moody
United States District Judge