IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKY WEAVER, as Personal**
**Representative of the Estate of**
**MICAH WEAVER, Deceased**                                                                **PLAINTIFF**

**V.**                                          **1:11CV0025**

**TOYOTA MOTOR CORPORATION, A**
**Japanese corporation; TOYOTA MOTOR**
**SALES, U.S.A., INC., a California**
**corporation; and TK HOLDINGS, INC.**                                                   **DEFENDANTS**

## ORDER

Pending are Plaintiff's motions to vacate dismissal. (Docket # 31 and 32). For good cause shown, the motions are GRANTED. The Court's Order dated July 30, 2012 dismissing this case without prejudice is hereby vacated. The following conditions will be imposed:

1. The trial of this case will be continued to sometime in 2013 other than April and May;

2. There will be no further discovery of Toyota other than of its expert witnesses;

3. Plaintiff will file an amended complaint identifying in detail his actual defect theories, to be supported by expert testimony, by August 21, 2012;

4. Plaintiff will produce his Rule 26 expert disclosures, including reports, by September 30, 2012;

5. Toyota will produce its Rule 26 expert disclosures, including reports, by November 15, 2012;

6. The discovery cutoff will be January 31, 2012

IT IS SO ORDERED this 3rd day of August, 2012.

_____
James M. Moody
United States District Judge