IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Ricky Weaver, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Case No. 1:11-cv-00025-KGB |
| Toyota Motor Corp., et.al., | ) ) ) |
|     Defendants. | ) |

## NOTICE OF LIEN

ACF 2006 Corp. ("ACF"), successor in interest to Advocate Capital, Inc. ("Advocate") in its capacity as a secured creditor of Merritt & Associates, P.C. ("Merritt & Associates"), hereby notifies all interested parties of an attorneys' lien on any recovery from the defendants in this action.

Merritt & Associates has an attorneys' lien on any settlement and/or recovery from the defendants in this action. *See* Okla. Stat. tit. 5, § 6. ACF is the senior secured creditor of Merritt & Associates. Advocate and Merritt & Associates entered into that Amended and Restated Master Loan and Security Agreement dated October 21, 2009 (the "Loan Agreement"). Advocate later assigned the Loan Agreement and all rights related thereto to ACF.

Pursuant to the Loan Agreement, ACF holds a first priority perfected security interest in, among other things, all Merritt & Associates' receivables and other rights to payment, including, without limitation, all payment intangibles (as defined in the Uniform Commercial Code) and all accounts (as defined in the Uniform Commercial Code) (collectively, the "Collateral"). The Collateral includes, but is not limited to, any and all amounts that are now, or in the future, owed to Merritt & Associates including, but not limited to, any and all legal fees due Merritt &

Associates, as well as any and all reimbursements due Merritt & Associates for any costs and expenses advanced by Merritt & Associates that arise out of any lawsuits.

Merritt & Associates has defaulted on its obligations to ACF. Under § 9-607(a)(3) of the Uniform Commercial Code, ACF is entitled to enforce, and only ACF can release or discharge, the attorneys' lien that Merritt & Associates has on any settlement and/or recovery from the defendants in this action. "Section 9-607(a)(3) provides that the secured party may exercise the rights of the debtor with respect to any property that secures the obligations of the account debtor or other person obligated. Thus, the secured party may exercise not only the debtor's rights as a secured party under Article 9, but also any rights the debtor might have with respect to property securing the obligation that is outside the scope of Article 9, such as real property." 9C Hawkland UCC Series § 9-607:4 (2011). "Once the debtor defaults, § 9-607(a)(3) provides that the secured party may enforce the obligation of an account debtor and exercise the rights of the debtor with respect to that obligation." See Mooney v. University System of Maryland, 178 Md. App. 637, 943 A.2d 108 (Md. App. 2008).

DATED: August 2, 2013.

Respectfully submitted,

By: _____
Roger G. Jones
Daniel R. Osborne
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615-252-2323
Fax: 615-252-6323
email: rjones@babc.com
dosborne@babc.com

*Attorneys for ACF*

# CERTIFICATE OF SERVICE

A copy of the foregoing was served on August 2, 2013, via U.S. Mail, postage prepaid, to:

R. Theodor Stricker
Stricker Law Firm PLLC
P.O. Box 660
Jonesboro, AR 72403-0660

Edwin L. Lowther, Jr.
Wright Lindsey & Jennings – Little Rock
200 West Capital Avenue
Suite 2300
Little Rock, AR 72201-3699

Craig D. Dupen
Bowman and Brooke LLP – Dallas
2711 North Haskell Avenue, Suite 650
Dallas TX 75204

David P. Stone
Bowman and Brooke LLP – Dallas
2711 North Haskell Avenue, Suite 650
Dallas TX 75204

Kurt C. Kern
Bowman and Brooke LLP – Dallas
2711 North Haskell Avenue, Suite 650
Dallas TX 75204

                                                                       Daniel R. Osborne