IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased, <br><br> Plaintiff <br><br> v. <br><br> (1) TOYOTA MOTOR CORPORATION, a Japanese corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; and TK HOLDINGS, INC, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CAUSE NO.  1:11-CV-025-JMM <br><br> JURY TRIAL DEMANDED |

PLAINTIFF'S OBJECTION TO DEFENDANT'S
NOTICE TO TAKE DEPOSITION

Comes Now the Plaintiff, Ricky Weaver, through his attorney, R. Theodor Stricker, and objects to the Defendant's "Third Notice to take the Oral Deposition of Robert M. Hooker, Duces Tectum." In support of Plaintiff's objection the Plaintiff states as follows:

1) Robert M. Hooker has been notified that he is to be in court in California on the date in question (See Exhibit).

2) The Defendant has had ample opportunity to take the oral deposition of Robert M. Hooker.

3) The Plaintiff has previously made Robert M. Hooker available for deposition including arranging Robert M. Hooker to be transported to Arkansas on May 31, 2013 which Defendants cancelled .

4) Plaintiff does not object to the scheduling of the oral deposition after the

discovery deadline set by the Court.

WHEREFORE the Plaintiff prays that the Defendants "Third Amended Notice of Intention to take the Oral Deposition of Robert M. Hooker, Duces Tectum" be set aside.

s/  R. Theodor Stricker – ABA# 80139
249 South Main Street
Jonesboro, Arkansas 72401
(870) 931-7300
tstricker@strickerlawfirm.com
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants.

**Defendant**

| | |
|---|---|
| **Toyota Motor Corporation**<br>*a Japanese Corporation* | **Edwin L. Lowther , Jr.**<br>Wright, Lindsey & Jennings - Little Rock<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201-3699<br>501-371-0808<br>Email: elowther@wlj.com<br>*LEAD ATTORNEY*<br><br>**David P. Stone**<br>Bowman and Brooke LLP - Dallas<br>2711 North Haskell Avenue<br>Suite 650<br>Dallas, TX 75204<br>972-616-1700<br>Fax: 972-616-1701<br>Email: david.stone@bowmanandbrooke.com |

**Defendant**

| | |
|---|---|
| **Toyota Motor Sales USA Inc** <br> *a California Corporation* | **Edwin L. Lowther , Jr.** <br> Wright, Lindsey & Jennings <br> 200 West Capitol Avenue <br> Suite 2300 <br> Little Rock, AR 72201-3699 <br> 501-371-0808 <br> Email: elowther@wlj.com <br> *LEAD ATTORNEY* <br><br> **Craig D. Dupen** <br> Bowman and Brooke LLP - Dallas <br> 2711 North Haskell Avenue <br> Suite 650 <br> Dallas, TX 75204 <br> 972-616-1700 <br> Fax: 972-616-1701 <br> Email: craig.dupen@bowmanandbrooke.com <br><br> **David P. Stone** <br> (See above for address) <br><br> **Kurt C. Kern** <br> Bowman and Brooke LLP - Dallas <br> 2711 North Haskell Avenue <br> Suite 650 <br> Dallas, TX 75204 <br> 972-616-1700 <br> Fax: 972-616-1701 <br> Email: kurt.kern@bowmanandbrooke.com |

**Defendant**

| | |
|---|---|
| **TK Holdings Inc** | **Edwin L. Lowther , Jr.** <br> (See above for address) <br> *LEAD ATTORNEY* <br><br> **Craig D. Dupen** <br> (See above for address) <br><br> **David P. Stone** <br> (See above for address) |

**Kurt C. Kern**
(See above for address)


**/s/   R. Theodor Stricker**