# Craig Dupen

| | |
|---|---|
| **From:** | Craig Dupen |
| **Sent:** | Monday, May 20, 2013 4:20 PM |
| **To:** | dmitchell@strickerlawfirm.com; tstricker@strickerlawfirm.com |
| **Cc:** | Kurt C. Kern; David Stone; Ed Lowther (ELowther@wlj.com); Susan Sanders; Jama S. Reynolds (Jama.Reynolds@bowmanandbrooke.com) |
| **Subject:** | Weaver v. Toyota - Expert depositions |

Ted,

As we discussed over the phone, in conjunction with our request to postpone Batzer's deposition currently scheduled for May 27 and your request to postpone Hooker's deposition currently scheduled for May 31, both of those depositions will be rescheduled for later dates to be determined.  Jacqueline Paver's deposition, scheduled for May 22 in Santa Barbara, California will proceed as planned.

With regard to Ms. Paver's deposition, please confirm whether Ms. Paver has identified or prepared any additional materials which she intends to include in her file for this case.  If so, please provide us with a copy of such materials as soon as possible.  In particular, we have noticed that you have not yet disclosed to us Ms. Paver's billing records associated with this matter.  Please provide us with all of her billing statements to date.

Just let me know if you have any questions.

Thanks,

Craig D. Dupen
Associate
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Direct: 972.616.1710
Fax: 972.616.1701
Email: craig.dupen@bowmanandbrooke.com
www.bowmanandbrooke.com