**Craig Dupen**

---

**From:**        Craig Dupen
**Sent:**        Monday, September 09, 2013 5:20 PM
**To:**          tstricker@strickerlawfirm.com; dmitchell@strickerlawfirm.com
**Cc:**          Kurt C. Kern; David Stone; Susan Sanders; Jama S. Reynolds
                 (Jama.Reynolds@bowmanandbrooke.com); Ed Lowther (ELowther@wlj.com)
**Subject:**     Weaver/Toyota - Plf expert depositions


Ted,

After a summer hiatus, we need to get back to scheduling your expert depositions in this case.  The Court's
new discovery deadline is December 18, and we would like to set up the depositions for some time in
November.  Could you please provide us with dates when your experts could be available?

Thanks,

Craig D. Dupen
Associate
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Direct: 972.616.1710
Fax: 972.616.1701
Email: craig.dupen@bowmanandbrooke.com
www.bowmanandbrooke.com