# Craig Dupen

| | |
|---|---|
| **From:** | Craig Dupen |
| **Sent:** | Tuesday, October 01, 2013 9:59 PM |
| **To:** | tstricker@strickerlawfirm.com; dmitchell@strickerlawfirm.com |
| **Cc:** | Kurt C. Kern; David Stone; Susan Sanders; Jama S. Reynolds (Jama.Reynolds@bowmanandbrooke.com); Ed Lowther (ELowther@wlj.com) |
| **Subject:** | RE: Weaver/Toyota - Plf expert depositions |

Ted,

Following up on my email below, could you please provide us with some potential deposition dates for each of your expert witnesses sometime in November?

Thanks,

Craig D. Dupen
Direct: 972.616.1710

**From:** Craig Dupen
**Sent:** Monday, September 09, 2013 5:20 PM
**To:** tstricker@strickerlawfirm.com; dmitchell@strickerlawfirm.com
**Cc:** Kurt C. Kern; David Stone; Susan Sanders; Jama S. Reynolds (Jama.Reynolds@bowmanandbrooke.com); Ed Lowther (ELowther@wlj.com)
**Subject:** Weaver/Toyota - Plf expert depositions

Ted,

After a summer hiatus, we need to get back to scheduling your expert depositions in this case. The Court's new discovery deadline is December 18, and we would like to set up the depositions for some time in November. Could you please provide us with dates when your experts could be available?

Thanks,

Craig D. Dupen
Associate
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Direct: 972.616.1710
Fax: 972.616.1701
Email: craig.dupen@bowmanandbrooke.com
www.bowmanandbrooke.com