# Bowman and Brooke LLP

*Attorneys at Law*

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

October 10, 2013

**VIA TELECOPY**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
Jonesboro, AR 72403-0060

> Re: *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Ted:

I have not yet heard back from you on my requests for potential deposition dates for your expert witnesses. Therefore, I am issuing the attached deposition notices for your expert witnesses on the following dates:

1. Third Amended Notice of Intention to Take the Oral and Videotaped Deposition of Jacqueline G. Paver, Ph.D., *Duces Tecum* (November 14, 2013);

2. Second Amended Notice of Intention to Take the Oral and Videotaped Deposition of Robert A. Batzer, Ph.D., *Duces Tecum* (November 12, 2013);

3. Second Amended Notice of Intention to Take the Oral and Videotaped Deposition of Robert M. Hooker, *Duces Tecum* (November 21, 2013).

We are of course still willing to cooperate with you on selecting different dates for these depositions, if you supply some alternative options by October 17. Please let me know if the above dates and locations will work or if you have other suggestions.

Sincerely,

Craig D. Dupen

CDD/jsr
Attachments

cc: Edward L. Lowther, Jr. – **VIA E-MAIL** ELowther@wlj.com
Tanya Carles, Merrill Corporation – **VIA E-MAIL** scheduling.dallas@merrillcorp.com

\* \* \* Communication Result Report ( Oct. 10. 2013  1:51PM ) \* \* \*

Fax Header) Bowman and Brooke 972-616-1701

Date/Time: Oct. 10. 2013  1:43PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5292 | Memory TX | 18709330083 | P. 14 | OK | |
| | | 15013769442 | | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

**Bowman and Brooke LLP**                    **Fax Cover Sheet**

**Date:** October 10, 2013

**TO:** R. Theodor Stricker          870-933-0083
Edward L. Lowther, Jr.       501.376.9442

**From:** Susan Sanders

**Number of Pages (Including Coversheet):** 14

If you do not receive all pages, please contact us immediately.

**Client/Case Name:** Weaver/Toyota
**Client Number:** 228085
**Matter Number:** 30899
**Special Instructions:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

MINNEAPOLIS    PHOENIX    DETROIT    SAN JOSE
LOS ANGELES    RICHMOND    COLUMBIA    DALLAS    AUSTIN