IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased <br><br> Plaintiff, <br><br> vs. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and TK HOLDINGS, INC. <br><br> Defendant. | § § § § § § § § § § § § § § <br><br> CAUSE NO. 1:11 cv 25 JMM |

**SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF ROBERT M. HOOKER, *DUCES TECUM***

To:   Plaintiff Ricky Weaver, by and through his attorney of record, R. Theodore Stricker, Stricker Law Firm PLLC, 249 S. Main Street, Jonesboro, Arkansas, 72403.

Please take notice that Defendant Toyota Motor Corporation. ("TMC") in the above-entitled and numbered cause, by and through their attorneys of record, will take the oral deposition of **ROBERT HOOKER** on **November 21, 2013,** beginning at **9:00 a.m.**, and continuing from day to day thereafter until completed. Said deposition will take place at the Stricker Law Firm PLLC, 249 S. Main Street, Jonesboro, Arkansas, 72403, at which time and place you are notified to appear and take such part in the examination as shall be proper.

Said deposition shall be taken before Merrill Corporation, 1-800-826-0277 or another officer authorized to administer oaths and report oral deposition testimony. The deposition may be videotaped pursuant to Federal Rules of Civil Procedure and will be continued from day to day until completed.

The witness is requested to bring and produce at the commencement of his deposition those items listed on "Exhibit A" attached hereto.

RESPECTFULLY SUBMITTED,

*[signature]*

**KURT C. KERN** (*admitted pro hac vice*)
Texas Bar No. 11334600
Kurt.Kern@bowmanandbrooke.com
**DAVID P. STONE** (*admitted pro hac vice*)
Texas Bar No. 19289060
David.Stone@bowmanandbrooke.com
**CRAIG D. DUPEN** (*admitted pro hac vice*)
Texas Bar No. 24065177
Craig.Dupen@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

and

**EDWIN L. LOWTHER, JR.** (81107)
elowther@wlj.com
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

**ATTORNEYS FOR DEFENDANT
TOYOTA MOTOR CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 10th day of October, 2013.

*[signature]*

### Exhibit "A"

### Materials to be Provided by the Witness at Deposition

1. A list of cases in which you have testified, either at trial or in deposition, from 2003 through the present date;

2. Your complete file with regard to this matter, including but not limited to, all drafts of reports, reports, notes, correspondence, photographs, videotapes, test results, data, calculations, and other writings prepared by you with regard to this case, setting forth any factual observations, evaluations, tests, calculations, conclusions, mental impressions and/or opinions;

3. Any drawings, charts, graphs, models, measurements, sound recordings, slides, photographs or videotapes prepared by you or on your behalf, given to you, or considered by you with regard to this case;

4. Any information or tangible objects, including but not limited to, records, depositions, reports, literature, or any material of any nature or description, which relate to or form the basis of any opinions or mental impressions relevant to the issues presented by Plaintiff's claims in this matter, or which may be used by you as exhibits, demonstrative aids, models, examples or illustrations at the time of trial in this matter;

5. All documents specifying your background, and identifying the factors which qualify you as an expert in the field for which your testimony is sought in this matter, including but not limited to your current curriculum vitae;

6. A list of any and all writings prepared and/or authored by you, including but not limited to, articles, books, treatises, papers, lecture materials and any other publications;

7. All tests, analyses, measurements or investigation materials which may have been created, considered or reviewed by you in connection with your services in this case;

8. All documents, including but not limited to, time sheets, time records, expense records, billing records, correspondence, notes, contracts or agreements, whether formal or informal, which documents refer to, relate to, or reflect time and charges incurred and/or billed by you with regard to this case;

9. All documents, including but not limited to, time sheets, time records, expense records, billing records, correspondence, notes, contracts or agreements, whether formal or informal, which documents refer to, relate to, or reflect the terms of your employment and fee agreement or arrangement with Plaintiff herein, and/or their attorney, in connection with this case;

10. All documents, including but not limited to, literature, texts, manuals, manuscripts, standards, codes, regulations, books, treatises, technical publications, abstracts and/or any other supporting written or computerized data relied upon by you in whole or in part in reaching any opinions or mental impressions in this case, or which you believe in any manner support any of your opinions or mental impressions in this case, or materials which you consider authoritative in your field of expertise;

11. All notes, documents, records, photographs, videotapes, letters, or any other written material of any kind whatsoever which has been provided to you by anyone with regard to this case; or which has been prepared or considered by you for use in this case, regardless of the contents of such documents, records, photographs, videotapes, letters, notes, or other written materials, and regardless of the source from such materials were acquired by you;

12. All draft reports, preliminary calculations, raw test data, measurements or other such source material which may have been created, considered or reviewed by you in connection with your services in this case;

13. All materials, whether documentary or otherwise, provided by you to any other person in connection with this case, regardless of whether or not such materials were considered by you as part of your services. This category specifically includes research materials, government reports and records, reports and records of non-government groups, materials from other lawsuits, materials which originated from or were created by or with authority of any party to this litigation, or any other type of materials related to this case or the theories presented therein;

14. All correspondence exchanged between you and anyone, including counsel for Plaintiff, with regard to this case.