

## **Bowman and Brooke** LLP

*Attorneys at Law*

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

October 21, 2013

**VIA CMRRR**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
Jonesboro, AR  72403-0060

     Re:    *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Ted:

     Enclosed is the letter that I originally faxed to you on October 10, 2013.   The letter served the following notices:

    1.    Third Amended Notice of Intention to Take the Oral and Videotaped Deposition of Jacqueline G. Paver, Ph.D., *Duces Tecum* (November 14, 2013);

    2.    Second Amended Notice of Intention to Take the Oral and Videotaped Deposition of Robert A. Batzer, Ph.D., *Duces Tecum* (November 12, 2013);

    3.    Second Amended Notice of Intention to Take the Oral and Videotaped Deposition of Robert M. Hooker, *Duces Tecum* (November 21, 2013).

     Since I have not yet heard back from you with any alternative dates, we will plan to proceed with those depositions as noticed.

     Please let me know if you have any questions.

     Sincerely,

     Craig D. Dupen

CDD/jsr
Enclosures

cc:   Edwin L. Lowther, Jr.

MINNEAPOLIS     PHOENIX     DETROIT     SAN JOSE

LOS ANGELES     RICHMOND     COLUMBIA     **DALLAS**     AUSTIN

**THE WALZ CERTIFIED MAILER™**

**WALZ**

FROM

**TO:** R. Theodor Stricker
Stricker Law Firm
P.O. Box 660
Jonesboro, AR 72403-0060

**Label #1**

R. Theodor Stricker
Stricker Law Firm
P.O. Box 660
Jonesboro, AR 72403-0060

**SENDER:**
Jama Reynolds

**REFERENCE:**
228085.30899 (Weaver)

7196 9008 9040 2086 1781

PS Form 3800, January 2005

**Label #2**

Jama Reynolds
Bowman and Brooke
2501 N. Harwood
Suite 1700
Dallas, TX 75201

| RETURN RECEIPT SERVICE | Postage | 0.46 |
|---|---|---|
| | Certified Fee | 3.10 |
| | Return Receipt Fee | 1.25 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 4.81 |

**Label #3**

Jama Reynolds
Bowman and Brooke
2501 N. Harwood
Suite 1700
Dallas, TX 75201

**USPS®**
**Receipt for Certified Mail™**

POSTMARK OR DATE

No Insurance Coverage Provided
Do Not Use for International Mail

TEAR ALONG THIS LINE

**A**   FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

Certified Article Number

SENDER'S RECORD

Label #4

**Label #5**

R. Theodor Stricker
Stricker Law Firm
P.O. Box 660
Jonesboro, AR 72403-0060

Charge Amount:

Charge To:

FOLD AND TEAR THIS WAY ⟶

**Label #6**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7196 9008 9040 2086 1781

RETURN RECEIPT (ELECTRONIC)

**C**

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

2. Article Number

3. Service Type  **CERTIFIED MAIL™**

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

# Please Discard

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X     ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Thank you for using Return Receipt Service

PS Form 3811, January 2005     Domestic Return Receipt