# Bowman and Brooke LLP

*Attorneys at Law*

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

November 1, 2013

**VIA FACSIMILE AND CMRRR**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
Jonesboro, AR 72403-0060

> Re: *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Ted:

Following up on our conversation yesterday, I would like to reiterate that if you intend to propose alternative dates for the depositions of your expert witnesses we need to know those proposed dates by Tuesday, November 5, at the very latest. That will be one week before the already scheduled deposition of Mr. Batzer on November 12, which has been noticed since October 10. We are currently proceeding as if all three depositions will go forward as noticed, and accordingly we are making necessary arrangements and incurring necessary costs related to those depositions.

If you have not provided us with alternative dates for the scheduled depositions by November 5, then we will go forward and expect the witnesses to be presented for deposition as currently noticed. Please feel free to contact me about this issue or this case at any time, and thanks for your attention to this matter.

Sincerely,

Craig D. Dupen

CDD/jsr

cc: Edwin L. Lowther, Jr.

P. 1

\* \* \* Communication Result Report ( Nov. 1. 2013 12:35PM ) \* \* \*

Fax Header) Bowman and Brooke 972-616-1701

Date/Time: Nov. 1. 2013 12:33PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5468 | Memory TX | 18709330083 | P. 2 | OK | |
| | | 15013769442 | | OK | |

Reason for error
 E. 1) Hang up or line fail         E. 2) Busy
 E. 3) No answer                    E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

**Bowman and Brooke**          **Fax Cover Sheet**

**Date:** November 1, 2013

**TO:** R. Theodor Stricker          870-933-0083
Edward L. Lowther, Jr.          501.376.9442

**From:** Susan Sanders

**Number of Pages (Including Coversheet):**

If you do not receive all pages, please contact us immediately.

**Client/Case Name:** Weaver/Toyota

**Client Number:** 228085

**Matter Number:** 30899

**Special Instructions:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

MINNEAPOLIS    PHOENIX    DETROIT    SAN JOSE
LOS ANGELES    RICHMOND    COLUMBIA    DALLAS    AUSTIN

**FORM #35663NB VERSION: 02/13**

THE WALZ CERTIFIED MAILER™

FROM

**WALZ™**

**Label #1**

R. Theodor Stricker
Stricker Law Firm
P.O. Box 660
Jonesboro, AR 72403-0060

**TO:** R. Theodor Stricker
Stricker Law Firm
P.O. Box 660
Jonesboro, AR 72403-0060

**Label #2**

Jama Reynolds
Bowman and Brooke
2501 N. Harwood
Suite 1700
Dallas, TX 75201

**SENDER:** jama

**REFERENCE:** 228085.30899 (Weaver)

7196 9008 9040 2112 2942

PS Form 3800, January 2005

RETURN RECEIPT SERVICE

| | | |
|---|---|---|
| Postage | | 0.46 |
| Certified Fee | | 3.10 |
| Return Receipt Fee | | 1.25 |
| Restricted Delivery | | 0.00 |
| Total Postage & Fees | | 4.81 |

**Label #3**

Jama Reynolds
Bowman and Brooke
2501 N. Harwood
Suite 1700
Dallas, TX 75201

USPS® Receipt for Certified Mail™
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

TEAR ALONG THIS LINE

**A** FOLD AND TEAR THIS WAY → OPTIONAL

**B**

**Label #5**

R. Theodor Stricker
Stricker Law Firm
P.O. Box 660
Jonesboro, AR 72403-0060

Charge Amount:

Charge To:

Label #4 — Certified Article Number — SENDERS RECORD

**Label #6**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7196 9008 9040 2112 2942

RETURN RECEIPT (ELECTRONIC)

FOLD AND TEAR THIS WAY →

**C**

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

2. Article Number

3. Service Type   CERTIFIED MAIL™

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

**Please Discard**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

Thank you for using Return Receipt Service

PS Form 3811, January 2005    Domestic Return Receipt