# Bowman and Brooke LLP

*Attorneys at Law*

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

November 7, 2013

**VIA FACSIMILE AND OVERNIGHT DELIVERY**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
249 S. Main Street
Jonesboro, AR  72403-0060

Re: *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Ted:

Thank you for returning my calls today. I understand based on our conversation that due to various conflicts, you or your expert witnesses will be unable to attend the currently scheduled depositions of your expert witnesses Stephen Batzer (November 12), Jacqueline Paver (November 14), or Robert Hooker (November 21). At this time, you have still not provided me with any alternative dates for those depositions, despite my repeated requests via telephone and correspondence since at least October 10. Given the rapidly approaching discovery deadline, if you do not provide us by 2:00 p.m. CST tomorrow (November 8, 2013) with some alternative dates on which you can present your expert witnesses for deposition, we will be forced to file a motion to compel, to impose sanctions, and alternatively to exclude your expert witnesses.

Please feel free to contact me regarding these issues at any time.

Sincerely,

Craig D. Dupen

CDD/jsr

cc: Edwin L. Lowther, Jr. (Via Facsimile)

P. 1

\* \* \* Communication Result Report ( Nov. 7. 2013 1:19PM ) \* \* \*

Fax Header) Bowman and Brooke 972-616-1701

Date/Time: Nov. 7. 2013 1:17PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5524 | Memory TX | 18709330083 | P. 2 | OK | |
| | | 15013769442 | | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                   E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

**Bowman and Brooke LLP**                                **Fax Cover Sheet**

**Date:** November 7, 2013

**TO:** R. Theodor Stricker          870-933-0083
        Edwin L. Lowther, Jr.        501.376.9442

**From:** Craig Dupen

**Number of Pages (Including Coversheet):** 2

If you do not receive all pages, please contact us immediately.

**Client/Case Name:** Weaver/Toyota

**Client Number:** 228085

**Matter Number:** 30899

**Special Instructions:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

MINNEAPOLIS        PHOENIX        DETROIT        SAN JOSE
LOS ANGELES        RICHMOND       COLUMBIA       DALLAS        AUSTIN

From: (972) 616-1735
Jama Reynolds

2501 North Harwood Street
Suite 1700
Dallas, TX 75201

Origin ID: RBDA

FedEx Express

J13201306280326

Ship Date: 07NOV13
ActWgt: 1.0 LB
CAD: 102670939/INET3430

Delivery Address Bar Code

SHIP TO: (972) 616-1735
**R. Theodore Stricker
Stricker Law Firm
249 S. Main Street**

**JONESBORO, AR 72403**

BILL SENDER

Ref #   228085.30899
Invoice #
PO #
Dept #



TRK# 7971 0672 1331
0201

FRI - 08 NOV AA
STANDARD OVERNIGHT

**X2 JBRA**

72403
AR-US
MEM

51AG1/D5E6/1A9E

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.