# CSTRICKER LAW FIRM, P.L.L.C.
## ATTORNEYS AND COUNSELORS AT LAW

249 South Main Street
P.O. Box 660
Jonesboro, Arkansas 72403-0660

Telephone (870) 931-7300
Facsimile (870) 933-0083

E-mail:
tstricker@strickerlawfirm.com

*R. Theodor Stricker
  Licensed – Oklahoma and
  Arkansas

**R. Theodor Stricker, II
  Licensed – Missouri

November 8, 2013

Craig Dupen
Bowman & Brooke, L.L.P.
2501 North Harwood Street, Suite 1700
Dallas, TX 75204

Re:  *Ricky Weaver, As Personal Representative of the Estate of Michah Weaver, Deceased V. Toyota Motor Corporation, A Japanese corporation; Toyota Motor Sales, U.S.A., INC., a California corporation; and TK Holdings, Inc.*
Case No: 1:11CV0025

Dear Craig:

I apologize for the delay in providing new dates for the depositions of our experts. Unfortunately, we had internet disaster that affected a large segment of Jonesboro, imagining how we rely on technology and when it fails we are paralyzed! We have made contact with Bob Hooker and Steve Batzer and they are available in Traverse Michigan on December 2-3, 2013. We are still attempting to nail something down with Dr. Paver. Keep in mind that this is a holiday weekend and it is unlikely that we can get anything done there until after Monday.

Your patience in this matter is appreciated!

Sincerely,

R. Theodor Stricker

RTS/ds
Enclosure

**STRICKER LAW FIRM, P.L.L.C.**
249 South Main Street
Mailing Address: Post Office Box 660
Jonesboro, AR 72403-0660
Telephone: 870-931-7300  Facsimile: 870-933-0083
tstricker@strickerlawfirm.com

## FACSIMILE COVER SHEET

_____2_____ PAGES (including this page) are being sent from Stricker Law Firm for immediate delivery to:

Craig Dupen
Bowman & Brooke, L.L.P.
2501 North Harwood Street, Suite 1700
Dallas, TX 75204

      Re:  *Ricky Weaver, As Personal Representative of the Estate of Michah Weaver, Deceased V. Toyota Motor Corporation, A Japanese corporation; Toyota Motor Sales, U.S.A., INC., a California corporation; and TK Holdings, Inc. Case No: 1:11CV0025*

DATE:____November 8, 2013_____

_____X_____ Original will not follow

_____ Original will follow by:   U.S. Mail:_____   Overnight:_____
                                              Other:_____

The information in this facsimile is Attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.