# *Bowman and Brooke* LLP

### Attorneys at Law

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

November 8, 2013

**VIA FACSIMILE**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
249 S. Main Street
Jonesboro, AR 72403-0060

Re:   *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Ted:

Thanks for getting back to me with dates for Batzer and Hooker. Those two days will work if we can do Batzer on December 2 and Hooker on December 3, and if we can do them somewhere in Detroit close to the airport or perhaps at the airport.

Please let me know if that will work. Also, please provide me with some potential dates for Paver's deposition as soon as possible

Sincerely,

Craig D. Dupen

CDD/jsr

cc:   Edwin L. Lowther, Jr. (Via Facsimile)

MINNEAPOLIS          PHOENIX          DETROIT          SAN JOSE

LOS ANGELES          RICHMOND          COLUMBIA          **DALLAS**          AUSTIN

✱ ✱ ✱ Communication Result Report ( Nov. 8. 2013 3:14PM ) ✱ ✱ ✱

Fax Header)   Bowman and Brooke 972-616-1701

Date/Time: Nov. 8. 2013 3:12PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 5543 | Memory TX | 18709330083 | P.  2 | OK | |
| | | 15013769442 | | OK | |

Reason for error
E. 1) Hang up or line fail            E. 2) Busy
E. 3) No answer                       E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

**Bowman and Brooke** ᴸᴸᴾ                    **Fax Cover Sheet**

**Date:**        November 8, 2013

**TO:**   R. Theodor Stricker          870-933-0083
          Edwin L. Lowther, Jr.        501.376.9442

**From:**      Craig Dupen

**Number of Pages (Including Coversheet):** 2

If you do not receive all pages, please contact us immediately.

**Client/Case Name:**     Weaver/Toyota

**Client Number:**        228085

**Matter Number:**        30899

**Special Instructions:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

MINNEAPOLIS        PHOENIX        DETROIT        SAN JOSE
LOS ANGELES        RICHMOND       COLUMBIA       DALLAS        AUSTIN