# Bowman and Brooke LLP

Attorneys at Law

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

November 15, 2013

**VIA FACSIMILE**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
249 S. Main Street
Jonesboro, AR 72403-0060

Re: *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Ted:

I have not yet heard back from you regarding the location for the depositions of your experts Robert Hooker or Stephen Batzer, or with any proposed dates for the deposition of Jacqueline Paver. Accordingly, I am going to go forward with noticing the Batzer and Hooker depositions on the agreed-upon dates to be taken at the Detroit airport Westin hotel. Please provide me with proposed dates for the deposition of Jacqueline Paver by the close of business on November 19, or I will have to notice her deposition for a date of our choosing.

Please let me know if you have any questions or would like to discuss any of these matters further.

Sincerely,

Craig D. Dupen

CDD/jsr

cc: Edwin L. Lowther, Jr. (Via Facsimile)

MINNEAPOLIS    PHOENIX    DETROIT    SAN JOSE
LOS ANGELES    RICHMOND    COLUMBIA    **DALLAS**    AUSTIN

\* \* \* Communication Result Report ( Nov. 15. 2013  1:32PM ) \* \* \*

Fax Header)  Bowman and Brooke 972-616-1701

Date/Time: Nov. 15. 2013  1:30PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5608 | Memory TX | 18709330083 | P. 2 | OK | |
| | | 15013769442 | | OK | |

Reason for error
 E. 1) Hang up or line fail          E. 2) Busy
 E. 3) No answer                     E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

**Bowman and Brooke LLP**                **Fax Cover Sheet**

Date:     November 15, 2013

TO:   R. Theodor Stricker          870-933-0083
      Edwin L. Lowther, Jr.        501.376.9442

From:    Craig Dupen

Number of Pages (Including Coversheet):

If you do not receive all pages, please contact us immediately.

Client/Case Name:    Weaver/Toyota
Client Number:       228085
Matter Number:       30899
Special Instructions:

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

MINNEAPOLIS    PHOENIX    DETROIT    SAN JOSE
LOS ANGELES    RICHMOND   COLUMBIA   DALLAS    AUSTIN