# Bowman and Brooke LLP

*Attorneys at Law*

2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Main: 972.616.1700
Fax: 972.616.1701
www.bowmanandbrooke.com

Craig D. Dupen
Direct: 972.616.1710
Email: craig.dupen@bowmanandbrooke.com

November 25, 2013

**VIA FACSIMILE**
R. Theodore Stricker
Stricker Law Firm, PLLC
P.O. Box 660
Jonesboro, AR 72403-0060

Re: *Ricky Weaver, as Personal Representative of the Estate of Micah Weaver, Deceased v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc. and TK Holdings, Inc.*; Cause No. 1:11-CV-025-JMM; In the U.S. District Court, Eastern District of Arkansas

Dear Mr. Stricker:

I understand from your call this afternoon that your expert Mr. Robert Hooker has a potential trial conflict on December 3, 2013, the day he is currently noticed to be deposed in this case. As you know, we have been attempting to arrange Mr. Hooker's deposition in this matter for several months, and we have been very accommodating in rescheduling it in the past. At this point, however, we are unable to agree to postpone this deposition yet again. Trial schedules are uncertain at best, and we do not know where the trial is being held or when exactly Mr. Hooker's testimony may be necessary. Whereas, on the other hand, December 3 is a date you proposed for this deposition just two weeks ago, and you reconfirmed both the location and date as recently as November 15. Moreover, the alternative dates you have offered (December 18, 19, or 20) are past the discovery deadline and unfeasible due to Dr. Paver's deposition, which we are rescheduling to December 19 in Santa Barbara per your request.

We will plan on being at the Westin Detroit Metropolitan Airport on December 3 for Mr. Hooker's deposition as noticed. Please feel free to contact me regarding this issue at any time.

Sincerely,

BOWMAN AND BROOKE LLP

Craig D. Dupen

CDD/jsr
Attachment

cc: Edwin L. Lowther, Jr. – VIA E-MAIL ELowther@wlj.com

\* \* \* Communication Result Report ( Nov. 25. 2013 4:46PM ) \* \* \*

Fax Header) Bowman and Brooke 972-616-1701

Date/Time: Nov. 25. 2013 4:43PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5680 | Memory TX | 18709330083 | P. 2 | OK | |
| | | 15013769442 | | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                    E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**Bowman and Brooke** LLP                    **Fax Cover Sheet**

Date:    November 25, 2013

TO:   R. Theodor Stricker            870-933-0083
      Edwin L. Lowther, Jr.          501.376.9442

From:   Craig Dupen

Number of Pages (Including Coversheet):

If you do not receive all pages, please contact us immediately.

Client/Case Name:    Weaver/Toyota

Client Number:       228085

Matter Number:       30899

Special Instructions:

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

MINNEAPOLIS      PHOENIX        DETROIT       SAN JOSE
  LOS ANGELES    RICHMOND     COLUMBIA     DALLAS     AUSTIN