IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased, | ) ) ) ) | |
| Plaintiff | ) ) | |
| | ) | CAUSE NO.   1:11-CV-025-JMM |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| (1) TOYOTA MOTOR CORPORATION, a Japanese corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; and TK HOLDINGS, INC, | ) ) ) ) ) | |
| Defendants | ) | |

<u>PLAINTIFF'S RESPONSE
TO COURT'S ORDER</u>

Comes Now the Plaintiff, Ricky Weaver, through his attorney, R. Theodor Stricker, responds to the Court as follows:

It appears that the Court's setting of the deposition of Robert M. Hooker on December 11 or 12, 2013 for the following reasons:

1)  A current ice storm in Arkansas makes transportation questionable;

2)  Robert M. Hooker is involved in a trial in California that will extend well beyond those dates (See Exhibit A and B);

3)  The Plaintiff previously made Robert M. Hooker available for deposition on May 31, 2013 including having arranged for Mr. Hooker to be transported from Michigan to Fayetteville, Arkansas.

WHEREFORE the Plaintiff prays that the Order to appear for the Oral Deposition of Robert M. Hooker, Duces Tectum" be held in abeyance.

s/  R. Theodor Stricker – ABA# 80139
249 South Main Street
Jonesboro, Arkansas 72401
(870) 931-7300
tstricker@strickerlawfirm.com
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants.

**Defendant**

| | |
|---|---|
| **Toyota Motor Corporation** *a Japanese Corporation* | **Edwin L. Lowther , Jr.** Wright, Lindsey & Jennings - Little Rock 200 West Capitol Avenue Suite 2300 Little Rock, AR 72201-3699 501-371-0808 Email: elowther@wlj.com *LEAD ATTORNEY* **David P. Stone** Bowman and Brooke LLP - Dallas 2711 North Haskell Avenue Suite 650 Dallas, TX 75204 972-616-1700 Fax: 972-616-1701 Email: david.stone@bowmanandbrooke.com |

**Defendant**

| | |
|---|---|
| **Toyota Motor Sales USA Inc** | **Edwin L. Lowther , Jr.** |
| *a California Corporation* | Wright, Lindsey & Jennings |
| | 200 West Capitol Avenue |
| | Suite 2300 |
| | Little Rock, AR 72201-3699 |
| | 501-371-0808 |
| | Email: elowther@wlj.com |
| | *LEAD ATTORNEY* |
| | |
| | **Craig D. Dupen** |
| | Bowman and Brooke LLP - Dallas |
| | 2711 North Haskell Avenue |
| | Suite 650 |
| | Dallas, TX 75204 |
| | 972-616-1700 |
| | Fax: 972-616-1701 |
| | Email: craig.dupen@bowmanandbrooke.com |
| | |
| | **David P. Stone** |
| | (See above for address) |
| | |
| | **Kurt C. Kern** |
| | Bowman and Brooke LLP - Dallas |
| | 2711 North Haskell Avenue |
| | Suite 650 |
| | Dallas, TX 75204 |
| | 972-616-1700 |
| | Fax: 972-616-1701 |
| | Email: kurt.kern@bowmanandbrooke.com |

**Defendant**

| | |
|---|---|
| **TK Holdings Inc** | **Edwin L. Lowther , Jr.** |
| | (See above for address) |
| | *LEAD ATTORNEY* |
| | |
| | **Craig D. Dupen** |
| | (See above for address) |
| | |
| | **David P. Stone** |

(See above for address)

**Kurt C. Kern**
(See above for address)


**/s/   R. Theodor Stricker**