# CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE
### LIMITED LIABILITY PARTNERSHIP

JOSEPH W. CARCIONE, JR., P.C.
GREGORY C. CATTERMOLE
GARY W. DOLINSKI
ROGER W. STUCKY

DANIELLE UKSHINI
(1958-2005)

601 BREWSTER AVENUE
P.O. Box 3389
REDWOOD CITY, CA 94064
TELEPHONE (650) 367-6811
FACSIMILE (650) 367-0367

JOSHUA S. MARKOWITZ
JOHN P. CARCIONE
AARON B. MARKOWITZ
JOSHUA J. K. HENDERSON

MATTHEW J. McNAUGHTON
Of Counsel

December 2, 2013

*Via Facsimile, only* (870) ~~931-7300~~ 933-0083

Ted Stricker
STRICKER LAW FIRM
249 S. Main Street
Jonesboro, Alabama 72401

Re: Robert Hooker

Dear Mr. Stricker:

I understand that Toyota and Bowman and Brooke wish Mr. Hooker to give a deposition in the very, very near future.

Mr. Hooker is in California right now. The reason he is in California right now is because he is an important witness in a trial that starts tomorrow. There are motions in limine that very likely necessitate his presence. Hence, I required that Mr. Hooker be here.

The name of the case is *Verduzco v. Ford*. It is venued in Stanislaus County Superior Court. It is case no. 615207. And, the Hon. Timothy W. Salter of Department 22 presides over the matter

Please advise if you need any further information.

Thank you for your courtesy and cooperation.

Very truly yours,

Joseph W. Carcione, Jr.

JWC/db

210189 /

