From: Demetria Mitchell <dmitchell@strickerlawfirm.com<mailto:dmitchell@strickerlawfirm.com>>
Date: May 17, 2013 5:08:53 PM CDT
To: Ed Lowther <ELowther@wlj.com<mailto:ELowther@wlj.com>>
Subject: RE: Weaver vs Toyota

       Dear Ed:

If we move the Batzer deposition, I want to move the Hooker deposition also. If this is OK, I will contact these two experts and get new dates for them.

Please advise!

Ted STricker

REDACTED

EXHIBIT A