**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**RICKY WEAVER, as Personal**
**Representative of the Estate of**
**MICAH WEAVER, Deceased**                                                   **PLAINTIFF**

v.                                    Case No. 1:11-cv-00025 KGB

**TOYOTA MOTOR CORPORATION,**
**TOYOTA MOTOR SALES, U.S.A., INC.,**
**and TK HOLDINGS, INC.**                                                     **DEFENDANTS**

## ORDER

Before the Court is the matter of scheduling the deposition of plaintiff's expert witness Robert M. Hooker. During a telephone conference, the Court heard argument from counsel for plaintiff and defendants regarding the difficulty encountered in scheduling the deposition of Mr. Hooker. For the reasons stated on the record during the telephone conference, the Court ordered that Mr. Hooker be present for deposition in Little Rock, Arkansas, on either December 27 or 30, 2013, or the Court would strike Mr. Hooker as an expert witness from this case. Plaintiff's counsel has since informed the Court and opposing counsel that Mr. Hooker will be in Little Rock, Arkansas, on December 27, 2013, for deposition. Counsel will inform the Court in advance if any problem arises with conducting Mr. Hooker's deposition on the scheduled date.

SO ORDERED this 12th day of December, 2013.

_____
Kristine G. Baker
United States District Judge