IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. 1:11-CV-025-JMM |
| TOYOTA MOTOR CORPORATION, a Japanese corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## PARTIES' JOINT STATUS REPORT

COME NOW, Plaintiff and Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (collectively "the parties"), file this Joint Status Report, and would respectfully show the Court as follows:

**1.     Settlement Prospects and Mediation:**

The parties have explored settlement prospects on several occasions but doubt that settlement of this matter can be achieved. Early discussions indicated that the parties were far apart with regard to settlement, and more recent discussions have confirmed that impression.  Most recently, following the completion of expert depositions, counsel for the parties engaged in a candid, in-depth conversation about the parties' positions.  Respectfully, the parties continue to have significantly differing views of the case and doubt mediation would be beneficial.

**2. Trial Length Estimate:**

Both Plaintiff and Defendants anticipate a trial of this matter would last 7 to 8 trial days.

RESPECTFULLY SUBMITTED,

*/S/ R. THEODOR STRICKER*
**R. THEODOR STRICKER**
ABA # 80139
249 South Main Street
Jonesboro, Arkansas 72401
(870) 931-7300
tstricker@strickerlawfirm.com

**ATTORNEY FOR PLAINTIFF**

*/S/ DAVID P. STONE*
**KURT C. KERN** (*admitted pro hac vice*)
Texas Bar No. 11334600
Kurt.Kern@bowmanandbrooke.com
**DAVID P. STONE** (*admitted pro hac vice*)
Texas Bar No. 19289060
David.Stone@bowmanandbrooke.com
**CRAIG D. DUPEN** (*admitted pro hac vice*)
Texas Bar No. 24065177
Craig.Dupen@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

and

**EDWIN L. LOWTHER, JR.** (81107)
elowther@wlj.com
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

**ATTORNEYS FOR TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 2nd day of January, 2014.

*/S/ DAVID P. STONE*