IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased, <br><br>    Plaintiff <br><br> v. <br><br> (1) TOYOTA MOTOR CORPORATION, a Japanese corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; and TK HOLDINGS, INC, <br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CAUSE NO.   1:11-CV-025-JMM <br><br>   JURY TRIAL DEMANDED |

## MOTION FOR COURT ORDERED MEDIATION

Comes now the Plaintiff, Ricky Weaver, through his attorney, R. Theodor Stricker, and pursuant to A.C.A.§16-7-202 moves the Court for Court ordered mediation. In support thereof the Plaintiff's state as follows:

1) The case is a complex case which would lend itself to mediation.

2) The issues lend themselves best to mediation.

3) Plaintiff requests participation in mediation by defendants

Wherefore, Plaintiffs pray that the Court order the parties seek to resolve their controversy by mediation.

Respectfully Submitted,

s/  R. Theodor Stricker – ABA# 80139
R. Theodor Stricker
249 South Main Street
Jonesboro, Arkansas 72401
(870) 931-7300
tstricker@strickerlawfirm.com
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of January, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants.

**Defendant**

**Toyota Motor Corporation**
*a Japanese Corporation*

**Edwin L. Lowther , Jr.**
Wright, Lindsey & Jennings - Little Rock
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699
501-371-0808
Email: elowther@wlj.com
*LEAD ATTORNEY*

**David P. Stone**
Bowman and Brooke LLP - Dallas
2711 North Haskell Avenue
Suite 650
Dallas, TX 75204
972-616-1700
Fax: 972-616-1701
Email: david.stone@bowmanandbrooke.com

**Defendant**

**Toyota Motor Sales USA Inc**
*a California Corporation*

**Edwin L. Lowther , Jr.**
Wright, Lindsey & Jennings
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699
501-371-0808
Email: elowther@wlj.com
*LEAD ATTORNEY*

**Craig D. Dupen**
Bowman and Brooke LLP - Dallas
2711 North Haskell Avenue
Suite 650
Dallas, TX 75204

|  | 972-616-1700<br>Fax: 972-616-1701<br>Email:<br>craig.dupen@bowmanandbrooke.com |
|---|---|
|  | **David P. Stone**<br>(See above for address) |
|  | **Kurt C. Kern**<br>Bowman and Brooke LLP - Dallas<br>2711 North Haskell Avenue<br>Suite 650<br>Dallas, TX 75204<br>972-616-1700<br>Fax: 972-616-1701<br>Email:<br>kurt.kern@bowmanandbrooke.com |

**Defendant**

| | |
|---|---|
| **TK Holdings Inc** | **Edwin L. Lowther , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY* |
| | **Craig D. Dupen**<br>(See above for address) |
| | **David P. Stone**<br>(See above for address) |
| | **Kurt C. Kern**<br>(See above for address) |

**/s/   R. Theodor Stricker**