**PLAINTIFF'S WITNESS LIST:**

Plaintiff will use all of the below witnesses at trial:

   1. (Retained expert) Dr. Jacquelyn Paver, biomechanical engineer, 501 Meigs Road Santa Barbara, CA 93109. Will testify as set out in Plaintiff's Designation Of Experts previously furnished and consistent with such expert's report previously furnished. Such witness wil testify as to the pre-impact terror suffered by the decedent.

   2. (Retained expert) Robert Hooker, 2640 N. School Road, Weidman, Michigan. steering and handling expert. Will testify as set out in Plaintiff's designation of experts previously furnished and consistent with such expert's report previously furnished.

   3. (Retained expert) Steven Batzer, 10798 Viney Grove Rd.. Prairie Grove (Fayetteville), AR 72753. Will testify as set out in Plaintiff's Designation Of Experts previously furnished and consistent with such expert's report previously furnished.

   4. Trooper Russell Brinsfield, % Arkansas State Police, Jonesboro, Arkansas, will testify concerning his investigation of the subject accident. He will testify consistent with his official investigation report and his deposition.

   5. Plaintiff Ricky L. Weaver, % Plaintiff's counsel, will testify as to his investigation of the scene of the accident after the accident. He will authenticate photographs he took at the scene of the accident. He will testify as to all exhibits to his deposition. He may authenticate memorabilia and photographs of the decedent. He may testify concerning the future earning capacity of the decedent. He will testify as to the health, happiness, and activities of the decedent and his reputation and character. He will testify consistent with his deposition taken. He will testify as to the grief suffered and the loss of his son's consortium. He will testify as to the services lost and the value thereof.

   6. Nancy Weaver, % Plaintiff's counsel, will testify as to all exhibits to her deposition. She may authenticate memorabilia and photographs of the decedent. She may testify

concerning the future earning capacity of the decedent. Shee will testify as to the health, happiness, and activities of the decedent and his reputation and character. She will testify consistent with her deposition taken. She will testify as to the grief suffered and the loss of her son's consortium. She will testify as to the services lost and the value thereof.

    7. Cord Adams, 1700 Southwest Boulevard, Tulsa, Oklahoma will testify as to demonstrations he performed at the direction and control of Dr. Jacquelyn Paver demonstrating the release and non-release of seat belt buckles, including but not limited to the subject seat belt buckle and exemplar seat belt buckles and other model vehicle seat belt buckles, including but not limited to ball bearing release demonstrations, elbow release demonstrations, hand release demonstrations. He will demonstrate the force necessary to release the subject seat belt buckle and exemplar seat belt buckles. He will authenticate videos of all such demonstrations, hand release demonstrations. He will demonstrate the force necessary to release the subject seat belt buckle and exemplar seat belt buckles. He will authenticate videos of all such demonstrations and photographs of the subject vehicle. All such demonstrations were conducted under the direction and control of Dr. Jacquelyn Paver.

    8. Michael Sander, 4813 Chestnut Run Plaza, Wilmington, Delaware, will testify concerning his activities while with the enhanced Protective Glass Automotive Association. (EPGAA). He will authenticate documents, videos, and web site pages and powerpoint presentations created by the EPGAA. He will testify consistent with articles reciting interviews with Michael Sanders, provided herewith. He will testify as to the benefits of enhanced protective glass in side roll down windows in passenger vehicles. He will testify consistent with his deposition to be taken. He may authenticate certain Du Pont documents and may testify as to Du Pont and other enhanced protective glass (May testify by deposition).

    9. Charles Butler, 1149 Miners Run, , Rochester, Michigan, will testify concerning his activities while with the Enhanced Protective Glass Automotive Association.(EPGAA) He will authenticate documents, videos, and web site pages and power-point presentations created by the EPGAA. He will testify consistent with articles reciting interviews with Charles Butler,

provided herewith. He will testify as to the benefits of enhanced protective glass in side roll own windows in passenger vehicles. He will testify consistent with his deposition to be taken. He may authenticate certain Du Pont documents and may testify as to Du Pont and other enhanced protective glass for side roll down windows and sunroofs (May testify by deposition).

      10. Peter Dishart, 400 Guys Run Road, Cheswick, Pennsylvania will authenticate documents, videos, and web site pages and power-point presentations created by the EPGAA.