**PLAINTIFF'S EXHIBIT LIST AND FRE 803(18) LIST AND LIST OF DEMONSTRATIVE AIDS:**

**Green** – Will use; **Yellow** – May use

**THOSE ITEMS THAT CONTAIN THE WORD "EXHIBIT" WILL BE OFFERRED INTO EVIDENCE. ALL OTHER ITEMS WILL BE USED PURSUANT TO F.R.E. 803(18) OR AS DEMONSTRATIVE AIDS**

**Dr. Batzer Documents and things:**

1. 2007_08_30: 2006 Volvo XC90 (with Eliseco Systems). Dolly rollover. 2 EXHIBIT

2. 2008_09_24: 2001 Volvo V70 XC. Soil trip rollover of a unibody station wagon. EXHIBIT

3. 2009_07_23: 2006 Volvo XC90. Curb rollover of a unibody sport utility vehicle. EXHIBIT

4. 2009_10_26: 2004 Volvo XC90. Dolly rollover of a unibody sport utility vehicle. EXHIBIT

5. 2010_03_15: 2003 Volvo XC90. Dolly rollover of a unibody sport utility vehicle. EXHIBIT

6. 2008 EI Glass Fracture Demonstrations.mpg.    Video of fracture demonstrations of annealed, tempereEXHIBIT inated glass coupons.

7. 2009_EI_Alternative_Design_Demonstration.mpg. Video of impact fracture and static weight demonstration of the alternative occupant retention window design, a modified 2003 Crown Victoria door.    EXHIBIT

8. 2010_Batzer_CV_Video.mpg. Video montage of various testing I have conducted. EXHIBIT

Note that the below documents referring to videos have similar or identical names, but different file extensions.

9. 0_93_Spallshield.pdf; mail from JGOODYEA, "Plastic Security Glazing," 6 December 1993. Companion document to the 0_1993_Spallshield.mpg video.

10. 16_91_Ford_Explorer.pdf; Wilson, L. A., M. Gilbert, and D. A. Godrick, "Reconstruction and Analysis of Steering-Induced, On-Road, Untripped SUV Rollover Tests (Part 1)," Collision, Volume 2, Issue 1, 2007.

11. ANSI Z26.1, "Safety Code for Safety Glazing Materials for Glazing Motor Vehicles Operating on Land Highways," year pertinent to vehicle in question. Note that this

document is relied upon, but not included within the electronic collection, as various dates of this document could be used.   This could be the 1977, 1980, 1983, 1990, or 1996 revision.

12. Brumbelow_2008.pdf; Brumbelow, M. L., E. R. Teoh, D. S. Zuby, and A. T. McCartt, "Roof Strength and Injury Risk in Rollover Crashes," Insurance Institute for Highway Safety, March, 2008.

13.   Brumbelow_2009.pdf; Brumbelow, M. L., E. R. Teoh, "Roof Strength and Injury Risk in Rollover Crashes of Passenger Cars and SUVs," ESV Paper No. 09-0502, 2009.

14.   Eichler_2003.pdf; Eichler, R. C., "The Causes of Injury in Rollover Accidents," *The Accident Reconstruction Journal*, Jan/Feb 2003.

15. FMVSS-205, "Glazing Materials," year pertinent to vehicle in question. Note that this document is relied upon, but not included within the electronic collection, as various dates of this document could be used.

     EXHIBIT

16. FMVSS-216, "Roof Crush Resistance – Passengers Cars," year pertinent to vehicle in question. Note that this document is relied upon, but not included within the electronic collection, as various dates of this document could be used.

17.   FMVSS-216_2009_04_30-Full.pdf; Final rule, indicating that the roof crush standard is to significantly increase.
     EXHIBIT

18. FMVSS-216_2009_04_30-Overview.pdf; NHTSA press release, April 30, 2009, indicating that the roof crush standard is to significantly increase.
     EXHIBIT

19.   Friedewald_1996.pdf; Friedewald, K., "An Analysis of Body Loads During Rollover Tests; Roof Crush and Occupant Protection," Paper 96-S5-O-09, 15th Enhanced Safety of Vehicles Conference, Melbourne, Australia, 1996.

20.
  Johnston_2000.pdf; Johnston, D., and C. Moskowitz, "Glass Breakthrough Profitable for Volvo," Press Release, July 30, 2000.

21.   Kahane
_1995.pdf; Kahane, K. J., "An Evaluation of Door Locks and Roof Crush Resistance of Passenger Cars," Accident Reconstruction Journal, March/April, 1995.

22. NHTSA_1995.pdf; NHTSA, Advanced Glazing Research Team; "Ejection Mitigation Using Advanced Glazing: A Status Report," Docket 95-941-GR-002, November, 1995.

EXHIBIT

23.   NHTSA_1999_Glazing.pdf; NHTSA, Advanced Glazing Research Team; "Ejection Mitigation Using Advanced Glazing: Status Report II," Docket 1996-1782-3, August, 1999.

EXHIBIT

24.   NHTSA_1999_Roof.pdf; NHTSA, Roof Crush Resistance Docket-1999-5572; Notice 2: http://www.nhtsa.dot.gov/cars/rules/crashworthy/RoofCrResist/FMVSS216Notice.html, 1999.
   EXHIBIT

25.   NHTSA_2001.pdf; NHTSA, Advanced Glazing Research Team; "Ejection Mitigation Using Advanced Glazing: Final Report," August, 2001.
   EXHIBIT

26.   NHTSA_2003.pdf; NHTSA, "Initiatives to Address the Mitigation of Vehicle Rollover," June, 2003.   EXHIBIT

27. NHTSA_2003b; Willke, D., S. Summers, J. S. Duffy, A. E. Louden, J. C. Elias, "Status of NHTSA's Ejection Mitigation Research Program," Enhanced Safety of Vehicles Conference, No. 342, 2003.
   EXHIBIT

28.   NHTSA_2005.pdf; NHTSA, Preliminary Regulatory Impact Analysis "FMVSS 216, UPGRADE ROOF CRUSH RESISTANCE, August, 2005.
   EXHIBIT

29.   NHTSA_2007.pdf; NHTSA, DOT HS 810 847 (Strashny, A.), "The Role of Vertical Roof Intrusion and Post-Crash Headroom in Predicting Roof Contact Injuries to the Head, Neck, or Face During FMVSS No.216 Rollovers; An Updated Analysis," October, 2007.

   EXHIBIT

30. NHTSA_2008.pdf; NHTSA, Supplemental Notice of Proposed Rulemaking, Docket No. NHTSA-2008-0015, RIN 2127-AG51, Jan 16, 2008.
   EXHIBIT

31. NHTSA_2009.pdf; NHTSA Notice of Proposed Rulemaking (NPRM), "Federal Motor Vehicle Safety Standards, Ejection Mitigation; Phase-In Reporting Requirements," Docket NHTSA-2009-0183, 2009.
   EXHIBIT

32. NHTSA_2009B.pdf; Technical Analysis in Support of a Notice of Proposed Rulemaking Ejection Mitigation, September 14, 2009.
   EXHIBIT

33. NHTSA_2010.pdf; DOT HS 811 365, "Roof Strength Testing and Real-World Roof Intrusion in Rollovers," August, 2010.
   EXHIBIT

34. NHTSA_2011.pdf; Federal Register, Federal Motor Vehicle Safety Standards, Ejection Mitigation; Phase-In Reporting Requirements; Incorporation by Reference. January 19, 2011.
   EXHIBIT

35. 0_93_Spallshield.mpg; demonstration video of a 30 lb cinder block impacting a 1992 Chevy Caprice window at 20 mph showing non-penetration, with documentation. Also included are documents 1993_Spallshield.pdf and 1993_Spallshield_2.pdf.

36. 4_34_Chrysler_Airflow;   Endover rollover of a 1934 Chrysler Airflow in which the vehicle performs well.

37. 8_34_Chrysler_Airflow_Rollover.mpg; 1934 Chrysler Airflow sedan rollover, undated; no documentation. Both an endover with 4 corner impacts, and a barrel rollover with 8 corner impacts.

38. 13_03_Volvo_XC90.mpg; 2003 Volvo XC90 dolly rollover test by Volvo in Sweden. No documentation.

39. 16_91_Ford_Explorer.wmv; Gilbert Engineering automated rollover of a 1991 Ford Explorer 4-doorin 2006, with documentation, Wilson_2007.pdf.

40. 17_04_Volvo_XC90_98_Ford_Expedition.mpg; Exponent rollovers of a 1998 Ford Expedition and a 2004Volvo XC90.

41. 28_30s_Ford.mpg; 1930s Ford sedan hill rollover, taped from the Discovery channel.

42.  28_85_Toyota_Pickup.mpg; Remotely steered rollover of a 1985 Toyota pickup truck by Exponent. Analysis presented in SAE 2000-01-1641 by Larson, et al.

43. EPGAA Videos; Five short explanatory videos from the EPGAA group.

44. Glass coupons of three types: annealed, tempered, and laminated. Together with a spring-loaded machinist's punch, they will be used to show the properties of the various glazing choices.   The glazing may or may not be of identical size, and the mounting strategy may vary. An 8 oz steel ball bearing, 1.5" diameter, will be used to show a device used to test glazing strength. Polymer strip, laminated glass coupon, and machinist's punch.

45. A stand-mounted "alternative design" Crown Victoria driver's door with commercial laminated glass as shown below. This may or may not be supplemented with Volvo doors with tempered and/or laminated glass. "Alternative Design" Crown Victoria door with stand and power source at left, and Volvo door that was through rollover at right.

| | |
|---|---|
| G 1 | Video of impact testing of tempered glass and laminated glass by Thomas Feaheny (on CD rom) [TJF104] |
| G 2 | "Estimating the Injury-Reducing Benefits of Ejection-Mitigating Glazing" by J. Winnicki, from Ejection Mitigation Using Advanced Glazing A Status Report, NHTSA, February 1996 [G788] |

| | |
|---|---|
| G 3 | Excerpt from Ejection Mitigation Using Advanced Glazing A Status Report November 1995, "4. Advanced Side Glazing System" [G789] |
| G 4 | Ford document:   Dodt, R. C., "ACCIDENT REVIEWS: ROLLOVERS," November 30, 1967 Report No. S-67-36, [R92], EAA 0234; 2952 1882 to 2952 1894   [G399] [TJF3] |
| G 5 PROTECTED | Ford Inter Office Correspondence dated May 14, 1971 Subject: N.A.A.O. Working Safety Committee Meeting of May 13, 1971, ZV 0080 to ZV 0105 PROTECTED [G400]       [TJF14] |
| G 6 PROTECTED | "LAMINATED SIDE GLASS WHITE PAPER II,"   March 20, 1973 [R158] 2947 1454; 2947 1457 to 2947 1458; 2947 1460 to 2947 1463; and 2947 1503 PROTECTED [G401]   [TJF18] |
| G 7 | "1975 Model Interchangeability Chart Nantucket" April 1, 1974 [R110] [G406] |
| G 8 | FORD Intra Company correspondence dated June 17, 1971   Subject: SIDEGLASS ACCIDENT STATISTICS (our form #4854 text # 560) [R191], 3008 0976 to 3008 1003 [G410] [TJF15] |
| G 9 | Document entitled, "Backlite Area of Full-Size Light-Duty Pickup Trucks in the Decade of the 90's" (Morrison) [P340] [G411] |
| G 10 PROTECTED | Video tape from Ozuna v Ford (Morrison) PROTECTED [P342] [G412] |
| G 11 | Side glass impact tests, January 22, 1969, EAA 0398 to EAA 0403 [G643] [TJF4] |
| G 12 | 571.205 Standard No. 205, "Glazing materials," October 1, 1987   [G737] |
| G 13 | Final Regulatory Evaluation Anti-Lacerative Glazing FMVSS 205, September 1983 (81-04-N04-001) [R182] 2959 1290 to 2959 1365 [G738] |

| | |
|---|---|
| G 14 | "DU PONT RESEARCH ON THE SAFETY PERFORMANCE OF TEMPERED GLASS," October 21,   1957 (Exhibit #3 to the deposition of Richard Morrison in Agnello) [G860] |
| G 15 | "THE AUTO GLASS BOOK OF FACTS," (Exhibit #4 to the deposition of Richard Morrison taken in Agnello) [G861] |
| G 16 | Bragaw, Chester G., "A REVIEW OF THE LITERATURE ON THE INJURY POTENTIAL OF AUTOMOTIVE SAFETY GLASS," June 1, 1962   (Exhibit #6 to the deposition of Richard Morrison in Agnello) [G862] |
| G 17 | Brochure "76 Ford Club Wagons" [G408] |
| G 18 | A Review Of The State Of Knowledge And Research Concerning Laminated And Tempered Safety Glass In Motor Vehicles, by D.M. Severy and W.H. Snowden (our form #3826   text # 690 TECH| CRASHWORTHY |AUTOMOBILE) [G863] |
| G 19 | SAE Paper No. 680789 "A New High-Safety Glazing for Automobiles and Other Vehicles," by R. Van Laethem (our form #3826   text # 770 TECH| CRASHWORTHY|AUTOMOBILE) [G864] |
| G 20 | SAE Paper No. 840390 "The Ejection Reduction   Possibilities of Glass- Plastic Glazing," by C.C. Clark and P. Sursi, dated February 27-March 2, 1984 [G840] [TJF27] |
| G 21 | "NANTUCKET GLASS PROGRAM" dated 9-27-73 [G402] |
| G 22 | "Technology Watch," by Bernie Miller Plastics World, September 1986   [G866] |
| G 23 | "Public Meeting:   Glazing Research" Federal Register, Vol. 60, No. 240, December 14, 1995 [G873] |
| G 24 | "Glass--Plastic Glazing for Side Window Ejection Reduction," June 1989 [G867] [TJF35] |
| G 25 | "THIN SIDE GLASS AND BACKLITES" dated 9/27/73 [G403] |
| G 26 | "URETHANE FIXED GLASS RETENTION" dated October 23, 1973 [G405] |

| G 27 | Brochure "Ford Club Wagons `75" [G407] |
|---|---|
| G 28 | SAE Paper No. 930741, "Headform Impact Testing of Plastic   Glazing Materials," by Reilly,   et al.,   March 1993 [G869][TJF61] |
| G 29 | SAE Paper No. 950047, "2-Ply Windshields:   Laboratory Impactor Tests of the Polyvinyl Butyral/Polyester Construction," by    Browne, Feb.-March, 1995   [G870] [TJF64] |
| G 30 | SAE Paper No. 950049, "Occupant Retention Glazing for Automotive Sidelites," by Moran, et al.,   Feb.-March, 1995 [G871] [TJF66] |
| G 31 | SAE Paper No. 950051, "Bilayer Glazing: A Concept with Improved Solutions for Tomorrow's Automobiles," by Bravet, et al., Feb.-March, 1995 [G872] [TJF68] |
| G 32 | Abstract "Opportunities to Improve Automotive Safety With Available Technology in Glass and Glazing." by Clark and Feaheny, circa October 1998 (not published) [G849] |
| G 33 | "Ejection Mitigation Using Advanced Glazing:    Status Report II," NHTSA, August, 1999 [G850] [TJF76] |
| G 34 | SAE Paper No. 930740 "A Review of Motor Vehicle Glazing-Related Ejection Injuries," by Harper, et al. [G868] [TJF60] |
| G 35 | SAE Paper No. 890218 "Rollover Crash and Laboratory Tests of Ejection Reduction By Glass-Plastic Side Windows and Windshields," by C. Clark and P. Sursi (our form #3826 text # 680 TECH \|CRASHWORTHY \|AUTOMOBILE) [G842]   [TJF32] |
| G 36 | "Federal Involvement: What's Next for Auto Glass," by Debra Levy, Glass Magazine, May 1986 (our form #4854 text # 650 TECH\| CRASHWORTHY \|PRODUCED IN AGNELLO) [G865] |
| G 37 | Article: "For Greater Safety on Every Highway," *The Literary Digest*, May 2, 1931           [024] |
| G 38 | Ford Motor Company "Report of Glass Studies," by R. H. Fredericks dated 4-29-58   [026] |

| | |
|---|---|
| G 39 | Ford Intra Company correspondence dated February 18, 1969 to Mr. H. L. Mirsh, etc., from H. G. Brilmyer,   Subject: Status of Research and Engineering Programs Pertinent to Improved Rollover Impact Protection, EAA-0369 to EAA-0372 [031] [TJF5] |
| G 40 | Ford Document: "Side Impact and Rollover Requirements of Standard #208," 6-28-71, 2970 2086 to 2970 2094 [037] [TJF16] |
| G 41 | Ford Document: "LAMINATED SIDE GLASS WHITE PAPER II" (produced by Ford) 3/20/73,   2974 1451 to 2974 1497; 2974 1499 to 2974 1503    [038]   [TJF18] |
| G 42 | Ford Inter Office correspondence dated November 21, 1973 to Mr. J. E. Barnes, Jr., etc. from D. W. McCallum, subject: N.A.A.O. Safety Sub-Committee Meeting - November 15, 1973 with attachments, 2984 1941 to 2984 1946    [040]   [TJF20] |
| G 43 | Preliminary Regulatory Evaluation Anti-Lacerative Glazing FMVSS 205, NHTSA, March 1983,   2959 1100 to 2959 1149; 2959 1151 to 1173    [042] |
| G 44 | Ford Inter Office correspondence dated August 16, 1984 to Mr. D. J. Barrett, etc. From K. H. Arning, Subject: Dr. D. Huelke Presentation on Vehicle Occupant Protection, ANE-1384 to ANE 1387 [043] |
| G 45 | Ejection Mitigation Using Advanced Glazing A Status Report, November 1995 [49]         [TJF51] |
| G 46 | Ejection Mitigation Using Advance Glazing Final Report, August 2001 [50] |
| G 47 | U. S. Patent No. 5,707,695 "Bilaminate Window Glass Assembly," patented Jan. 13, 1998 by Narayanan Ramanujam [058] |
| G 48 | Ford package: "Alternative Glazing Background" referenced in minutes from alternative glazing metting of 2/25/94, 3621-0956 to 3621-3621-0962 [059] [TJF91] |

| | |
|---|---|
| G 49 | Article: "New Car Highlights The Volvo S60," *Automotive Engineering,* October, 2000, pp 101-102 [060]   [TJF84] |
| G 50 | Excerpts of Ford Motor Company Crash Test 116 dated 7-29-60 [081] |
| G 51 | "Glazing Materials Side Impact Evaluation 1988 VSEC Bocy Componetry Project BROAZ Executive Summary," March 1988,   2984 1811 to 2984 1821 [087] |
| G 52 | Ford document:   "Headform Impact Evaluation of Developmental Glazing Materials and Evaluation of Headform Retention When Impacting Movable Glazing," N. Ramanujam and R. P. Daniel, 3622 0133 to 3622 0178 [092] |
| G 53 | E-mail from T. E. Boller dated 04/12/90 to: LLYKE, etc., Subject: Glass/Plastic/Glass 3621-1623 to 3621-1624 [095] [TJF97] |
| G 54 | E-mail from R. L. Morrison dated 3/21/96 to: LLYKE, etc.   Subject Occupant Ejection/Window Type & Location 3622 3750   [096] |
| G 55 | Notice of Proposed Rule Making issued November 30, 1966, published in the Federal Register, Vol. 31, No. 234, December 3, 1966 and Ford Motor Company's comments on the proposed initial Federal Motor Vehicle Safety Standard No. 205 [140] |
| G 57 | Ford document: "COMPANY POSITION REGARDING COMPLIANCE WITH SIDE IMPACT & ROLLOVER REQUIREMENTS OF STANDARD #208," 5-11-71, 2970 2076 to 2970 2077 [236] |
| G 58 | Ford document: "Minutes of the NAAO Working Safety Committee Meeting, Monday January 11, 1971, 2970 2043 to 2970 2044 [033] [TJF11] |
| G 59 | Ford Intra Company correspondence dated January 21, 1971 to Mr. C. S. Briggs, etc from T. J. Feaheny, Subject: Laminated vs. Tempered Side Glass, 2982 2129 to 2982 2130 [033] |

| | |
|---|---|
| G 60 | Ford Inter Office correspondence dated June 17, 1971 to R. B. Alexandar, etc. from John Versace, SIDEGLASS ACCIDENT STATISTICS, with attachments, Reports No: S-71-30.1; S-71-30.2; and S-71-30.3 3008 0976 to 3008 1002 [238]   [TJF15] |
| G 61 | Excerpts from FORD:   NAAO Safety Sub-Committee Meeting, April 23, 1975, 3491 0001 to 3491 0004    [248] |
| G 62 | Ford Inter Office correspondence dated July 16, 1987, with attachments, to Mr. J. H. Beck, etc. from R. S. Lemkuhl, Subject: Automobile Glazing 2000,   2981 1297 to 2981 1353; and 2981 1355 to 2981 1373 [254]   [TJF30] |
| G 63 | Solutions for a better life, March, 2004, Solutia Automotive,   3622 4271 to 3622 4308 [296] |
| G 64 | Ford Inter Office correspondence dated October 21, 1993 to R. J. Blackburn, etc from A. M. Paiva, Subject Alternate Glazing Meeting Held October 20, 1993, 3622 3087 to 3622 3088 [301] |
| G 65 | Excerpt from Ford website JAGUAR XJ, specification 6/06/06, "XJ Safety and security: Acoustic Laminated Glass" |
| G 66 | Excerpt from DuPont website, Automotive News, April 10, 2006, "Increased Safety at a reduced weight: DuPont Spallshield provides step-change in sunroof technology" |
| G 67 | SAE Paper No. 980863, "Safety Related Testing and Results of Polycarbonate and Tempered Glass Non-Windshield Glazing Applications," by Miller and Sykes |
| G 68 | SAE Paper No. 982352, "Safety Testing and Evaluation of Polycarbonate Vehicle Glazing Using Full Scale Crash Testing Procedures," by Sykes and Miller, Sept.-Oct., 1998 |
| G 69 | Video clip Ford run, FM 1253, Headform retention production tempered glass, 94 Taurus Driver Side, 25 mph, 1-28-95(on DVD) |
| G 70 | Video clip Ford run, FM 1263, 94 Taurus driver side laminate - annealed glass, 25 mph, 2-1-95 (on DVD) |

| | |
|---|---|
| G 71 | Video clip Ford Crash Test 1650, 1971 Pinto Rollover, 30 mph, 22 Nov. 1970 (on DVD) |
| G 72 | Video clip Ford Crash Test 2661, 1973 Pinto Rollover, 31 mph, 17 Sept. 1973 (on DVD) |
| G 73 | E-mail from L. R. LYKE dated 6/24/93 to: JKRIZMAN, etc.   Subject June 21 Technology Matters Meeting (TMM) |
| G 74 | Ford Inter Office correspondence dated June 25, 1973, to Mr. C. R. Briggs, etc. from John Versace, LONG-RANGE EFFECTIVENESS OF 1976 RESTRAINT PROPOSALS, (Rev.) ASPRO Report No: S-72-14, with attachments, 2984 1863 to 2984 1884 [243] |
| G 75 | Video:   2/22/00 Segment On Laminated Glass, CBC Marketplace, Canadian Broadcasting Company   [TJF71] |
| G 76 | SAE Paper No. 851203, "Car Crash Tests of Ejection Reduction by Glass-Plastic Side Glazing"   [TJF28] |
| G 77 | U. S. Patent No. 5,707,695, "Bilaminate window glass assembly," patented January 13, 1998 EXHIBIT |
| G 78 | U. S. Patent No. 5,858,483, "Bilaminate window glass assembly," patented January 12, 1999 EXHIBIT |
| G 79 | The National Traffic and Motor Vehicle Safety Act of 1966, Public Law 89-563, September 9, 1966, and associated chart EXHIBIT |
| G 80 | News release, *Auto Channel* - January 18, 2006, Approximately 1.3 million vehicles produced annually with laminated glass |
| G 81 | 1934 Chrysler Airflow (DVD) [RC162] |
| G 82 | DVD containing EPG Fire/Rescue Training May 18, 2000 clip with Ron Moore EXHIBIT |

| | |
|---|---|
| G 83 | "Laminated Glass Gaining Ground at 2007 North American International Auto Show" printed from www.prnewswire.com |
| G 84 | "Production Vehicles with Laminated Glass," GlassBYTEs, printed from www.glassbytes.com |
| G 85 | Enhanced Protective Glass Association videos on CD rom   (EPGAA)   EXHIBIT |
| G 86 | Enhanced Protective Glass Association web page documents (3 pages)   EXHIBIT |
| G 87 | 1-37 Laminated Safety Glass by R. H. McCarroll, Ford Motor Company [TJF1] |
| G 88 | 7-65 Testimony of Arjay Miller, Ford President, to U. S. Senate Committees [TJF2] |
| G 89 | 5-69 ASRO Report on Rollover Without Impact Accidents   [TJF6/RC 56] |
| G 90 | 10-69 ASRO Report on Rollover Statistics [TJF7/RC 16] |
| G 91 | 2-70 SAE Paper 700423 by Roger P. Daniel, Ford Motor Company   [TJF8/R 137] |
| G 92 | 1-71 SAE Paper 710076 by D. F. Huelke & Harold W. Sherman of U. of Michigan [TJF9] |
| G 93 | 2-71 Minutes of NAAO   Working Safety Committee   [TJF11] |
| G 94 | 3-71 Notes From Safety Seminar [TJF12] |
| G 95 | 5-71 Intra-Company letter on Status of Side Glass Impact Testing [TJF13] |
| G 96 | 12-71 Minutes of In-House Safety Car Meeting [TJF17] |
| G 97 | 11-73 Whitepaper on FMVSS 208 Side Impact and Rollover Requirements [TJF19] |
| G 98 | 3-74 Report on Side Impact Occupant Ejection Statistics [TJF21] |

| | |
|---|---|
| G 99 | 3-74 Systems Review on Movable and Fixed Glass [TJF22] |
| G 100 | 12-77 Ford submittal to US General Accounting Office [TJF23] |
| G 101 | 6-80 SAE Recommended Practice J857: Roll-over Tests Without Collision [TJF24/RC 83] |
| G 102 | 7-82 Federal Register re automotive glazing materials    [TJF25] |
| G 103 | 7-83 NHTSA correspondence re letter from Emile P. Grenier [TJF26] |
| G 104 | 5-87 Presentation materials from a Ford-Du Pont Review of Glass/Plastic Laminates [TJF29] |
| G 105 | 3-89 Letter from Thomas J. Feaheny to Dianne K. Steed of NHTSA [TJF31] |
| G 106 | 6-89 Letter from Thomas J. Feaheny to Howard M. Smolkin of NHTSA [TJF33] |
| G 107 | 6-89 Letter from Howard M. Smolkin of NHTSA to Thomas J. Feaheny    [TJF34] |
| G 108 | 11-89 Ford comments to NHTSA on glass-plastic glazing    [TJF36] |
| G 109 | 1-92 Federal Register re Rollover Prevention    [TJF37] |
| G 110 | 9-92 NHTSA Planning Document for Rollover Prevention and Injury Mitigation [TJF38] |
| G 111 | 4-93 Deposition Transcript of Richard Morrison of Ford    [TJF39] |
| G 112 | 7-93 Deposition Transcript of Richard Morrison of Ford    [TJF40] |
| G 113 | 8-93 Deposition Transcript of Richard Morrison of Ford    [TJF41] |
| G 114 | 9-93 Personal History of John Versace of Ford    [TJF42] |
| G 115 | 9-93 Deposition Transcript of John Versace of Ford (with all marked exhibits) [TJF43] |

| | |
|---|---|
| G 116 | 10-93 Report on Fatality Risk with Ejection by Susan C. Partyka of NHTSA [TJF44] |
| G 117 | 1-94 Deposition Transcript of Richard Dillinder of Ford   [TJF45] |
| G 118 | 1-94 Personal History of Helen 0. Petrauskas of Ford   [TJF46] |
| G 119 | 1-94 Deposition Transcript of Helen 0. Petrauskas of Ford   [TJF47] |
| G 120 | 3-94 Report by Thomas J. Feaheny on the Ozuna case   [TJF48] |
| G 121 | ?-94 "Flyer" on ASAHI Bi-Layer Glass [TJF49] |
| G 122 | 9-95 Alternative Glazing Cost Study for NHTSA   [TJF50] |
| G 123 | 11-95 Brochure and "Flyer" on Dupont SentryGlas [TJF52] |
| G 124 | 11-95 News Report entitled "Plastic windows on the horizon" [TJF53] |
| G 125 | 11-95 Proceedings on Automotive Glass & Glazing from IBEC Conference [TJF54] |
| G 126 | 5-96 Deposition Transcript of Harry Neuman of Ford [TJF55] |
| G 127 | 5-82 T. J. Feaheny Speech to Ford Research Planning Conference [TJF56] |
| G 128 | 11-82 Transcript of Conversation and 1/20/94 affidavit [TJF57] |
| G 129 | 3-83 T. J. Feaheny letter on Safety Show Car [TJF58] |
| G 130 | 6-83 Excerpt from Project 2000 by Ford Research Laboratories [TJF59] |
| G 131 | 3-93 SAE Paper 930743 by Harbison of SDC Coatings [TJF62] |
| G 132 | 3-93 SAE Paper 930744 by Ader of LexaMar [TJF63] |
| G 133 | 2-95 SAE Paper 950048 by Browne of GM [TJF65] |
| G 134 | 2-95 SAE Paper 950050 by Ma & Rizer of Systems Research and Obergefell of the U. S. Air Force [TJF67] |

| | |
|---|---|
| G 135 | A) NHTSA Advanced Glazing Research report presented at Public Meeting on February 1, 1996. <br> B) Transcript of the 2-1-96 meeting.[TJF69] |
| G 136 | Excerpt from March 22, 2000 Thomas J. Feaheny Expert Report on the subject of glass in a Bronco I I rollover case.[TJF70] |
| G 138 | Thomas J Feaheny letter dated 2-25-98 to SAE technical Standards Committee and seven (7) enclosures.[TJF73] |
| G 139 | Annotated Bibliography entitled "A Chronological Bibliography on Published Articles on Glazing/Rollover/Ejection, alphabetical by author within the year" Compiled and Annotated by Carl C. Clark--Draft of 7-7-97. [TJF74] |
| G 140 | Carl C. Clark Bibliography to a proposed SAE paper entitled: "Ejection and Laceration Reduction as Key Criteria for Vehicle Glazing Selection." [TJF75] |
| G 141 | Article from SAE Monthly Technical publication Automotive Engineering International, November, 1999, pp 65-66. [TJF77] |
| G 142 | Report by Richard L Morrison in LeCompte v Chrysler. 1-6-00. [TJF78] |
| G 143 | Deposition by Richard L Morrison in eComDte v Chrysler. 1-19-00. [TJF79] |
| G 144 | SAE Technical Paper 2000-01-2693, C. Anthony Smith, E. I. DuPont de Nemours Company, Inc. IBEC Conference 10-4-00. [TJF80] |
| G 145 | SAE Technical Paper 2000-01-2695, Jun Lu, James R. Moran and Robert A. Esposito, Solutia, Inc. IBEC Conference 10-4-00. [TJF81] |
| G 146 | 9-22-00 Internet Press Release [PR Newswire] from Frankfurt, Germany on "Enhanced Protective Glass Provides Trucks and Buses With Added Benefits."[TJF82] |
| G 147 | Various Brochures downloaded 10-13-00 from DuPont Automotive website on laminated glass.   [TJF83] |

| | |
|---|---|
| G 148 | Deposition by Richard L Morrison in Ruiz v Ford 8-10-00. [TJF85] |
| G 149 | Deposition by Richard L. Morrison in Stums v Ford, 9-19-00.   [TJF86] |
| G 150 | Deposition by Richard L Morrison in Bigham v Land Rover.10-26-00 [TJF87] |
| G 151 | Deposition by Richard L Morrison in Ruiz v Ford, 1-5-01.   [TJF88] |
| G 152 | Deposition by Richard L Morrison in Gonzalez v Ford 11-20-00. 88. [TJF89] |
| G 153 | Deposition by Richard L Morrison in Gonzalez v Ford 1-12-01. [TJF90] |
| G 154 | Videotape (on DVD) of Alternative Glazing Headform Testing Bates 3662-0943-4 [TJF92] |
| G 155 | Ford Test Reports on Crash Tests 116, 144, 146, 1644, 1646, 1649, 1650, 1732, 1840,2253,2515,2547,2640 and 2661. ALSO CRASH TEST REPORTS NOT CURRENTLY AVAILABLE TO ME FOR CRASH TESTS 1642, 1643, 1645, 1647, 1648, 1651, 1652, 1666, 1696, 1841 1844 AND 1846. [The missing Crash Test Reports are all identified in a 6-28-71 Report Bates No 2970-2086 to 2094.] [TJF93] and 3 DVDs |
| G 156 | An undated Report entitled Headform Impact Tests for Miscellaneous Glazing Materials; Bates 3621-0869 to 0876. [TJF94] |
| G 157 | An undated, unsigned Report entitled Ejection/Entrapment Overview Bates 2971-2193 to 2200. [TJF95] |
| G 158 | [Glass] Division Technology Objectives Review-3/8/89 Bates No. 2975-1224 to 1246. [TJF96] |
| G 159 | Rollover Van and Light Utility Passenger Window Testing, Biomechanics Institute October 5, 2000 [TJF98] |
| G 160 | SAE Technical Paper 2002- 01-1446: Biomechanical Injury Evaluation of Laminated Glass During Rollover Conditions. [TJF99] |

| | |
|---|---|
| G 161 | Biomedical Engineering Analysis of Glass Impact Injuries. Critical Reviews in Biomedical Engineering 30 (4-6): 345-377 (2002).   [TJF100] |
| G 162 | Biomechanical Injury Evaluation of Laminated Side Door Windows and Sunroof During Rollover Accidents. ISA 21003, Paper #2003-043, 0067-8856/2003. [TJF101] |
| G 163 | Biomechanics of Occupant Ejection During Rollover Accidents. 22nd Southern Biomedical Engineering Conference & Symposium, September, 2003.    [TJF102] |
| G 164 | Ford Crash Test 2705, Date of Test: 11-29-73. [TJF103] |
| G 165 | March 12, 1999 memorandum from Stacie Connors of Visteon Glass Systems Division. [TJF105] |
| G 166 | NHTSA 5-12-03 Report entitled Status of NHTSA's Ejection Mitigation Research Program   [TJF106] [G166] |
| G 167 | 31 Fed. Reg. 15212 (Dec. 3, 1966) [G167] |
| G 168 | 32 Fed. Reg. 2408 (Feb. 3, 1967)   [G168] |
| G 169 | 49 Fed. Reg. 6732 (Feb. 23, 1984) [G169] |
| G 170 | 49 Fed. Reg. 28962 (July 17, 1984) [G170] |
| G 171 | *An Evaluation of Windshield Glazing and Installation Methods for Passenger Cars,* by Charles J. Kahane, Ph.D., NHTSA Report Number DOT HS 806 693, February 1985 [G171] |
| G 172 | *An Evaluation of the Effects of Glass-Plastic Windshield Glazing in Passenger Cars*, by Glenn G. Parsons, NHTSA Report # DOT HS 808 062, November 1993 [G172] |
| G 173 | NHTSA, *Initiatives to Address the Mitigation of Vehicle Rollover,* June 2003 [t129] [G173] |
| G 174 | *NHTSA Vehicle Safety Rulemaking Priorities and Supporting Research: 2003-2006,* January 2005 [G174] |
| G 175 | NHTSA, *Lives Saved by the Federal Motor Vehicle Safety Standards and Other Vehicle Safety Technologies, 1960-2002,* October 2004, NHTSA Report No. DOT HS 809833 [t137] [G175] |

| | |
|---|---|
| G 176 | January 2005 Update, *NHTSA Vehicle Safety Rulemaking and Supporting Research Priorities: Calendar Years 2005-2009* [G176] |
| G 177 | *NHTSA's Crashworthiness Rollover Research Program,* Paper 05-0279 June 2005 [G177] |
| G 178 | Tempered vs. Laminated Glass Headform Impact Videos (CD rom) |
| G 179 | Enhanced Protective Glass Association website documents EXHIBIT |
| G 180 | EPGAA WebGeneral Presentation EXHIBIT |
| G 181 | GeneralPresMPedits |
| G 182 | Pete Dishart bio |
| G 183 | Video:  ext_full_hi |
| G 184 | Video:  WDIV_coverage1 |
| G 185 | Laminated Glass North American Adoption List Production EXHIBIT Vehicles, as of January 9, 2007 |
| G 186 | EPGA-Security EXHIBIT |
| | |
| G 187 | EPGA-Safety EXHIBIT |
| G 188 | EPGA-Ultraviolet EXHIBIT |
| G 189 | EPGA-Solar-Infrared EXHIBIT |
| G 190 | EPGA-Sound EXHIBIT |

G 200                                    Volvo Ball Drop Video
                                         EXHIBIT

G 201                                    VOLVO SLED TEST PHOTOS

G 202                                    BALL DROP TEST REPORT
                                         EXHIBIT

G 203                                    Volvo Ball Drop Photos
                                         EXHIBIT

RC 1. Ford experimental Safety Vehicle April 1973 Final Report Contract No.
DOT-OS-20005, EAB 2046 to EAB 2148
EXHIBIT

RC 73. Ford FALCON SAFETY ZONES

RC 82 Fed. Std. no. 515/25, July 16, 196? Federal Standard Roll Bar Structure for
Automotive Vehicles
EXHIBIT

RC 83. SAE J857: Roll-Over Tests Without Collision, Recommended Practice,
June 1963, reaffirmed without change June 1980

RC 84 National Traffic and Motor Vehicle Safety Act of 1966
EXHIBIT

RC 91. Video tape, "Automotive Safety Research" a/k/a Briggs Safety Show

RC 96. Occupant Protection During Vehicle Rollover, by K. Stone, Ford Motor
Company Limited, pages 769-784

RC 97. Report on the First International Technical Conference on Experimental
Safety Vehicles, held January 1971, Subject: The United States 4000 LB.
Experimental Safety Vehicle - Performance Specification
EXHIBIT

RC 101. SAE 690005: The Crash Survival Space, by Franchini, 1-13-69

RC 103. SAE 700413: Vehicle Structural Crashworthiness, Rapin

RC 104. SAE Paper No. 960435 "Roof-Crush Strength Improvement Using Rigid Polyurethane Foam," by Lilley and Mani

RC 105 "Potential Improvements in Occupant Packaging," by Donald Friedman, dated July, 199

RC 117 Preamble to Amendment to Motor Vehicle Safety Standard No. 208, Occupant Crash Protection in Passenger Cars, Multi-purpose Passenger Vehicles, Trucks and Buses

EXHIBIT

RC 120 U. S. Patent 3,427,068, 10-25-67, Budd Company, Roof Structure
EXHIBIT

RC 121 U. S. Patent 3,833,254, 12-6-72, Mercedes Benz
EXHIBIT

RC 122 U. S. Patent 4,355,843, 10-26-82, Toyo Kogo (Mazda), filed 10-6-80
EXHIBIT

RC 123. OPEL Brochure, March 1995

RC 125. General Motors Document: Experimental Safety Vehicle (Phase Two) Developed by General Motors A-2852, Final Report, June 30, 1972, Report No. DOT/HS-800 659

EXHIBIT

RC 126. Volvo Document: Volvo Experimental Safety Car Brochure, 5/72 SQ 0881 to SQ 0886

RC 127. Advertisement - GEO Metro, "What 'steel safety cage' 'side-guard door beams' and 'substantial roof structure' really mean", Runner's World, April 1996 edition

RC 128. Article - "CDW27 - Ford's World Car", by Richard Feast, Automotive Industries, March 1993, pages 48-50

RC 134. Video tape, "Corvair Hill Rollover"

RC 135. Video tape, "History of Rollovers GM Proving Grounds"

RC 142. Video of XC 90 Volvo Commercial

RC 144. Timeline relating to Federal Motor Vehicle Safety Standard 216

RC 146. Power Point Presentation: "What they knew and when they knew it

RC 147. Volvo XC 90 Rollover sled test

RC 152 1971 Roof Strength Standard – timeline

RC 153 Excerpt of brochure "The SAAB 99 models" showing 7 foot drop test

RC 154 "FMVSS 216 has not fulfilled its purpose" slide presentation

RC 155 Volvo body structure brochure

RC 156 Volvo Safety Product Development – XC90 documents (not subject to protective order as stated on document)

RC 164 "Deadly by Design" by Paula Lawler and Todd Tracy, and all documents and tangible items referenced in the bibliography thereof

RC 165 FMVSS 216
EXHIBIT

RC 167 Rollover video: Scorpio

RC 168 "Safety Cage Design in the Volvo XC90" by Jonas Bernquist

RC 169 SAE Paper No. 901124 "The Raisable Roll-Over Bar of the New Mercedes-Benz Roadster

| T-66 | All documents listed on Stephen Batzer's Curriculum Vitae |
| T-67 | Design Rule No. 4A, Australia Department of Transportation, February 1973   (99)   AVK produced 8-30-07 |

| | |
|---|---|
| T-87 | TEC 6072 1987 Chevrolet S-10 Blazer 50 mph dolly rollover and Photo analysis (Production) including data summary charts and delta V calculations made a part of exhibit 117 to the deposition of Friedman |
| T-88 | TEC 7124 1987 Chevrolet S-10 Blazer 50 mph dolly rollover and Photo analysis (Rollcaged) including data summary charts and delta V calculations made a part of exhibit 117 to the deposition of Friedman |
| T-495 | New Glazing for Automobiles, Protection for its Occupants, Enhancement of the Performance presentation by EPGAA, 5-15-2009 |
| T-502 | "New Structural Foam Inserts Provide Structural and Performance Advantages," Dow News Center, August 1, 2005 |
| T-503 | "Roof-crush strength improvement using rigid polyurethane foam," Journal of Materials Engineering and Performance, August, 1998, Abstract |
| T-504 | Dow Automotive, Impact Energy Management presentation excerpts, "Managing Occupant Safety and Vehicle Crashworthiness," 2003 Summer Bioengineering Conference, June 25-29, Sonesta Beach Resort in Key Biscayne, Florida |
| T-505 | Excerpts from Dow Automotive brochure, Form No 299-50660, 1M-HMC/FG2003 |
| T-506 | "Bending Crush Resistance of Partially Foam-Filled Sections," by Santoza, et al., Advanced Engineering Materials, 2000, 2, No. 2 |
| T-507 | Building a Better SUV, Union of Concerned Scientists |
| T-508 | Dow Automotive Home / Functional Solutions / Safety, "Development and integration of safety technologies into vehicle design and construction provides superior Energy Management solutions" |
| T-509 | SAE Technical Paper Series, 1999-01-1785, "Effect of Polyurethane Structural Foam on Vehicle Stiffness," May 1999 |
| T-510 | "Design Ideas," ARCCA Support Team |
| T-511 | "Lightweight plastic foams can add strength to automotive body cavities and reduce occupant safety in vehicles," American Chemistry Council |

| | |
|---|---|
| T-512 | "Hybrid Advanced High-Strength Steel Design Options for Meeting Enhanced Roof Crush Requirements," Dow Automotive presentation at the Great Designs in STEEL Seminar |
| T-513 | Lowering Test with and without Glazing 1985 Chevrolet S10 Blazer 4x4, report (Video 103-77) |
| T-610 | Glass coupons of three types: annealed, tempered, and laminated. Together with a spring-loaded machinist's punch, they will be used to show the properties of the various glazing choices. The glazing may or may not be of identical size, and the mounting strategy may vary. An 8 oz steel ball bearing, 1.5"diameter, will be used to show a device used to test glazing strength |
| T-611 | Photograph: Polymer strip, laminated glass sample, and machinist's punch |
| T-612 | Volvo doors with tempered and/or laminated glass |
| T-615 | Glass grab screens, produced 12-17-09; reference documents supporting glass grab screens |
| T-757 | Falcon Safety Zones, 1997 Taurus - Engineered for Safety, 1994 Mustang Brochure [X1075] |
| T-800 | Code of Ethics [X3583] |
| T-851 | Roof crush grab screens |
| T-852 | Procedures for rating roof strength |
| T-853 | Roof Strength Evaluations |

**Dr. Paver Documents and things:**

D 1 Video Illustration-Occupant Kinematics in rollover crash

D 2 Video illustration-Occupant to ground kinematics in a rollover crash

B 1   Ward CC, Der Avanessian H, Ward P and JG Paver, "Investigation of Restraint Function   on Male and Female Occupants in Rollover Events," SAE Paper #2001-01-0177, SP- 1616, Side Impact, Rear Impact, and Rollover, International Congress and Exposition,   Detroit, Michigan, 2001.

B 2   DeHaven H, "Crash Survival:   Airplanes and Passenger Cars," SAE #716, 1952.

The survival space of an occupant is defined as the physical envelope in which the   motion of an occupant is contained during a crash.

B 3   Franchini E, "The Crash Survival Space," SAE #690005, 1969 SAE World Congress,   Detroit, Michigan, 1969.

B 4   Status Report, IIHS 43(2), March 15, 2008.
   Docket #NHTSA–2008-0015; Federal Register 73(20):5484-5493, January 30, 2008.
   Status Report, IIHS 43(2), March 15, 2008; Brumbelow E, et al., "Roof Strength and   Injury Risk in Rollover Crashes," March 2008.
   EXHIBIT

B 5   Young D, et al., "Diving v. Roof Intrusion," International J of Crashworthiness   12(6):609-628, January 2007.

B 6   Friedman D and K Friedman, "Roof Crush v. Occupant Injury from 1988 to 1992," SAE,   1988

.
B 7   Strashny A, "The Role of Vertical Roof Intrusion and Post-Crash Headroom in Predicting Roof Contact Injuries to the Head, Neck, or Face During Rollovers: An Updated   Analysis," FMVSS #216 NVS-421 7.   NHTSA Report #DOT HS 810 847 4, October   2000.

   EXHIBIT

B 8   Austin R, Hicks M, and S Summers, "The Role of Post-Crash Headroom in Predicting   Roof Contact Injuries to the Head, Neck or Face During FMVSS #216 Rollovers,"   National Highway Traffic Safety Administration, 2001.
   EXHIBIT

B 9   Docket #NHTSA–2008-0015; Federal Register 73(20):5484-5493, January 30, 2008.
   Mandell SP, Kaufman, R, Mack CD and EM Bulger, "Mortality and Injury Patterns   Associated with Roof Crush in Rollovers," Crash Analysis & Prevention, 2010.
   EXHIBIT

P 1    Photographs of subject vehicle taken by Dr, Jacquelyn Paver
EHXIBIT

R 1 Video- Elbow release of subject vehicle seat belt buckle, identical new seatbelt buckle and seat belt buckles from other model vehicles

R 1a   Video-Side of hand release of subject vehicle seat belt buckle

R 2 Videos-Ball bearing release of subject seat belt buckle, identical new seat belt buckle and seat belt buckles from other model vehicles

R 2a   Videos-Force gauge release of subject seat belt buckle, new identical seat belt buckle and eseat belt buckles from other model vehicles

R 3 Videos-Ball bearing-Non release of   seat belt buckles from other model vehicles

R 4. Federal Motor Vehicle Safety Standard 209 [G741]
EXHIBIT

R 112. U.S. Patent No. 4,575,907 "Latch Buckle for Seat Belt," patented March 18, 1986 [G1020]
EXHIBIT

R 120. U. S. Patent No. 2,876,516 "Buckle," patented March 10, 1959 [G999]
EXHIBIT

R 121. U. S. Patent No. 4,065,836 "Safety Belt Buckle," patented Jan. 3, 1978 [G1009]
EXHIBIT

R 122. U. S. Patent No. 4,068,354 "Safety Belt Buckle," patented Jan. 17, 1978 [G1010]
EXHIBIT

R 123. U. S. Patent No. 4,069,557 "Safety Belt Buckle," patented Jan. 24, 1978 [G1011]
EXHIBIT

R 124. U. S. Patent No. 4,310,954 "Buckle," patented Jan. 19, 1982
EXHIBIT

R 125. U. S. Patent No. 4,358,877 "Buckles for Vehicle Seat Belt System," patented Nov. 16, 1982 [G1015]
EXHIBIT

R 126. U. S. Patent No. 4,380,100 "Safety Belt Buckle," patented Apr. 19,

1983 [G1017]

EXHIBIT

R 127. U. S. Patent No. 4,490,892 "Buckle Device," patented Jan. 1, 1985 [G1018]

EXHIBIT

R 128. U. S. Patent No. 4,566,161 "Buckles for Vehicle Seat Belt System," patented Jan. 28, 1986 [G1019]

EXHIBIT

R 129. U. S. Patent No. 4,614,010 "Safety Belt Buckle," patented Sep. 30, 1986 [G1022]

EXHIBIT

R 130. U. S. Patent No. 4,876,772 "Safety Belt Buckle," patented Oct. 31, 1988 [G1025]

EXHIBIT

R 131. U. S. Patent No. 4,928,366 "Simplified and Improved Safety- Belt Buckle," patented May 29, 1990 [G1026]

EXHIBIT

R 132. U. S. Patent No. 5,054,171 "Buckle Device," patented Oct. 8, 1991 [G1027]

EXHIBIT

R 133. U. S. Patent No. 5,077,871 "Safety Belt Fastener," patented Jan. 7, 1992 [G1029]

EXHIBIT

R 134. U. S. Patent No. 5,097,571 "Buckle for a Safety Belt System Provided with a Belt Pretensioner," patented Mar. 24, 1992 [G1030]

EXHIBIT

R 135. U. S. Patent No. 5,133,115 "Safety Belt Buckle with Anti- Shock

Device," patented Jul. 28, 1992 [G1031]

EXHIBIT

R 136. U. S. Patent No. 4,733,444 "Safety Belt Buckle," patented Mar. *Crash Date: October 20, 2010 Weaver v. Toyota /* Page 24 29, 1988 [G1024]

EXHIBIT

R 137. SAE Paper No. 700423, "State-of-the-Art Vehicle Interior Safety Constraint Systems," by Roger P. Daniel [G839]

R 138. "An Evaluation of Wearing Comfort of Seatbelt Installations Complying

R 179.

-1, -2 G Force Amplification tests and other documents

R 183. Federal Motor Vehicle Safety Standard 208

EXHIBIT

R 193. Federal Motor Vehicle Safety Standard 209, S4.1(b) and S4.1(e)

EXHIBIT

R 196. The National Traffic and Motor Vehicle Safety Act of 1966, Public Law 89-563, September 9, 1966, and associated chart

EXHIBIT

R 202. Video of 1997 Ford Explorer 4x2 Dolly Rollover Test 05/29/07 by Eliseco Systems (on DVD)

R 203. Photographs of 1997 Ford Explorer 4x2 Dolly Rollover Test 05/29/07 by Eliseco Systems (on DVD)

R 204. Eliseco Systems Vehicle Test Data Sheet 1997 Ford Explorer 4x2 Dolly Rollover Test 05/29/07

R 209. "Vertical Impulse Analysis of Seat Belt Buckles," by Clarke and Sances, IMCE2002-32639

R 211. "Dynamic Characteristics of End Release Seatbelt Buckles," Andrews, et al.

R 212. Slam Down phenomenon collection 1

R 213. Slam Down phenomenon 2

R 214 "Characterization of Automotive Seat Belt Buckle Inertial Release," Ardnt, et al., 1993 (99) AVK produced 8-1-07

Robert Hooker Documents and things:
H 1     Notes of SAE J996 Drop Test performed on 2000 Toyota 4 Runner vehicle

H 2     Notes of Vehicle Test Data – Steering/Stability test

H 3     Notes containing pre-test/post-test measurements

H 4     Notes containing vehicle, tires and seat belt data

H 5     Report dated May 29, 2007 re: Dolly Rollover test of 1997 Ford Explorer

H 6     Video-SAE J 996 Drop test of 2000 Toyota 4 Runner Vehicle

H 7     Video-Dynamic Handling-steering and stability test

H 7     CD Rom of test data on above described tests

H 8     Video-1997 Ford Explorer Dolly Rollover Demonstration

H 8     Photographs of SAE J996 Drop Tets

H 9     Photographs of accident vehicle

**General Category:**

G 1     Memorabilia of decedent
E   HIBIT

R 211. "Dynamic Characteristics of End Release Seatbelt Buckles," Andrews, et al.

R 212. Slam Down phenomenon collection 1

R 213. Slam Down phenomenon 2

G 2    Photos of decedent
EXHIBIT

G 3    Medical bills
EXHIBIT

G 4    Funeral bills
EXHIBIT

G 5    Burial bills
EXHIBIT

G 6    Photos taken by Dr. Stephen Batzer
EXHIBIT

G 7    Expert file of Dr. Jacquely Paver

G 8    Expert file of Robert Hooker

G 9    Expert file of Dr. Stephen Batzer

G 10   Hard disks and flash drives produced to Defendants

G 11   CD Roms produced to Defendants

G 12    All documents and things produced to Defendants

G 13    Excerpts from the Official Traffic Collision Report

EXHIBIT
G 14    Micah Weaver's Jacket

EXHIBIT

G 15   Recording of Micah Weaver phone call

G 16    Subject vehicle and its parts

G 17    Photographs taken by Ricky Weaver of roadway

EXHIBIT

G 18    Photographs taken by Trooper(s) at scene of accident

EXHIBIT

G 19    Medical records

G 20 Medical Illustrations & videos of medical illustrations

G 21    All documents produced by Defendants