IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, a Japanese corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> CAUSE NO. 1:11-CV-025-KGB <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRE-TRIAL DISCLOSURE SHEET

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (hereinafter "Defendants"), file their Objections to Plaintiff's Pretrial Disclosure Sheet and would respectfully show the Court the following:

Pursuant to the Court's Third Amended Final Scheduling Order, Defendants hereby make, serve and file their objections, together with the grounds therefore, to the Plaintiffs' exhibit list and witness list.

A. **OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

Defendants make the following objections to the Exhibit List offered by Plaintiff:

| Plaintiff's Exhibit | Defendants' Objection |
|---|---|
| "Dr. Batzer Documents and Things" Nos. 1-5, G200-G203, RC147, RC167 | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 702; Fed. R. Evid. 801, 802 |

---
**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRE-TRIAL DISCLOSURE SHEET -**      **PAGE 1**

| Plaintiff's Exhibit | Defendants' Objection |
|---|---|
| "Dr. Batzer Documents and Things" Nos. 6-7, 35-45, G1, G4-G11, G14-G17, G21-G22, G24-G27, G36-G44, G48-G66, G69-G75, G80-G90, G93-G130, G136-G143, G146-G159, G164-G165, G178-G190, RC1, RC73, RC91, RC96, RC97, RC123, RC125-RC128, RC134-RC135, RC142, RC144, RC146, RC152-RC156, RC164, RC168, T87, T88, T495, T502-T508, T510-T513, T610-T612, T615, T757, T800, T851-853 | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 801, 802; Fed. R. Evid. 901 |
| "Dr. Batzer Documents and Things" No. 8, T66, | Fed. R. Evid. 401, 402, 403 |
| "Dr. Batzer Documents and Things" No. 17-18, RC120-122 | Fed. R. Evid. 403 |
| "Dr. Batzer Documents and Things" No. G47, G77-G79, G135, T67, | Fed. R. Evid. 403; Fed. R. Evid. 801, 802 |
| "Dr. Paver Documents and Things" Nos. R1, R1a, R2, R2a, R3 | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 702; Fed. R. Evid. 801, 802; Fed. R. Evid. 901; *see also* Defendants' Motion in Limine regarding seat belt unlatch demonstrations |
| "Dr. Paver Documents and Things" Nos. R112, R120-R136, R201-R204, R211-R214 | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 801, 802; Fed. R. Evid. 901 |
| "Dr. Paver Documents and Things" No. R196 | Fed. R. Evid. 401, 402, 403 |
| "Dr. Paver Documents and Things" Nos. B4, R183, R193 | Fed. R. Evid. 403 |

| Plaintiff's Exhibit | Defendants' Objection |
|---|---|
| "Dr. Paver Documents and Things" Nos. B7, B8, B9, R179, R209 | Fed. R. Evid. 403; Fed. R. Evid. 801, 802 |
| "Robert Hooker Documents and Things" Nos. H2, H5, H7(1), H7(2), H8(1) | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 702; Fed. R. Evid. 801, 802; Fed. R. Evid. 901 |
| "Robert Hooker Documents and Things" Nos. H1, H3, H4, H6, H8(2) | Fed. R. Evid. 403; Fed. R. Evid. 702 |
| "General Category" Nos. G7, G8, G9, G10, G11, G12 | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 801, 802; Fed. R. Evid. 901 |

| **Plaintiff's Exhibit** | **Defendants' Objection** |
|---|---|
| "Dr. Batzer Documents and things" Nos. 9-14, 16, 19-21, 35-45, G1-G55, G57-G76, G80, G81, G83, G84, G87-G136, G138-G178, G181-G184, G201, RC73, RC83, RC91, RC96, RC101, RC103-RC105, RC123, RC126-RC128, RC134, RC135, RC142, RC144, RC146, RC147, RC152-RC156, RC164, RC167-RC169, T66, T67, T87, T88, T495, T502-T513, T610-T612, T615, T757, T800, T851-T853<br><br>"Dr. Paver Documents and things" Nos. D1, D2, B1-B3, B5, B6, R1, R1a, R2, R2a, R3, R137, R138, R179, R202-R204, R209, R211-R214<br><br>"Robert Hooker Documents and things" Nos. H1-H9<br><br>"General Category" Nos.G7-G13, G15, G16, G19-G21 | Fed. R. Evid. 611(a), 801, 802, 803(18)<br><br>Plaintiff's "Exhibit List and FRE 803(18) List and List of Demonstrative Aids" notes that it includes not only items that may be offered into evidence at trial, but also includes items that "will be used pursuant to F.R.E. 803(18) or as demonstrative aids." Most items on the list apparently fall into those two categories, though there has been no distinction of which category applies to any particular item. Many of these items would be objectionable under one or both of Plaintiff's intended uses. Therefore, Defendants make this general objection to all of the items so listed.<br><br>Many of these items, if attempted to be used under Rule 803(18), would not qualify as "learned treatises" and would thus be inadmissible as hearsay without an exception. The proposed items include, for example, advertisements, demonstration videos, internal documents and emails from other automotive manufacturers, internet articles, and deposition transcripts from other cases.<br><br>Moreover, the vast majority, if not all, of these items would be wholly inappropriate as demonstrative aids. Instead, these items represent independent, substantive facts and data which would not otherwise be in evidence. Plaintiff cannot be allowed to show the jury materials which would otherwise be inadmissible under numerous rules of evidence, by claiming that such materials are merely "demonstrative aids." |

| Plaintiff's Exhibit | Defendants' Objection |
|---|---|
| All materials listed under "Dr. Batzer Documents and things" and "Dr. Paver Documents and things"<br><br>"Hooker Documents and things" Nos. H2, H5, H7(2), H8(2)<br><br>"General Category" Nos. G6-G11 | Untimely disclosed pursuant to Court's Scheduling Order [See Defendants' Motion to Exclude (Dkt. No. 60) and related filings, incorporated by reference.] |
| "Dr. Batzer Documents and Things" Nos. T800, T851-T853<br><br>"Dr. Paver Documents and Things" Nos. R212, R213<br><br>"Robert Hooker Documents and Things" Nos. H1, H2, H3, H4, H6, H7(1), H7(2), H8(2)<br><br>"General Category" Nos. G1, G2, G3, G6, G10, G11, G12, G19, G20, G21 | Exhibit description is too broad and ambiguous to enable Defendants to object specifically |

**B.    OBJECTIONS TO PLAINTIFF'S WITNESS LIST**

Defendants make the following objections to the Witness List offered by Plaintiff:

| Plaintiff's Witness | Defendants' Objection |
|---|---|
| Cord Adams | Mr. Adams has never been disclosed or designated as a testifying expert witness. Plaintiff's Witness List now describes his anticipated testimony regarding numerous technical topics. Mr. Adams does not appear to be qualified to offer such testimony or opinions regarding seat belt design or testing. The demonstrations that he conducted are not the product of any reliable methodology. *See* Fed. R. Civ. P. 26(a)(2); Fed. R. Evid. 702, 703, 705. |

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully ask that the Court sustain their Objections to Plaintiff's Pretrial Disclosure Sheet and that the Court grant such other relief to which Defendants may show themselves to be justly entitled.

**RESPECTFULLY SUBMITTED,**

*/s/ DAVID P. STONE*
**KURT C. KERN** (*admitted pro hac vice*)
Texas Bar No. 11334600
Kurt.Kern@bowmanandbrooke.com
**DAVID P. STONE** (*admitted pro hac vice*)
Texas Bar No. 19289060
David.Stone@bowmanandbrooke.com
**CRAIG D. DUPEN** (*admitted pro hac vice*)
Texas Bar No. 24065177
Craig.Dupen@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

and

**EDWIN L. LOWTHER, JR.** (81107)
elowther@wlj.com

**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

**ATTORNEYS FOR:**
**TOYOTA MOTOR SALES, U.S.A., INC. and**
**TOYOTA MOTOR CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 18th day of February, 2014.

*/s/ DAVID P. STONE*