IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKY WEAVER, as Personal
Representative of the Estate of
MICAH WEAVER, Deceased                                        PLAINTIFF

v.                              CASE NO. 1:11-CV-00025 KGB

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.; and
TK HOLDINGS, INC.                                             DEFENDANTS

## TOYOTA'S OBJECTION TO THE
## USE OF DEPOSITION TESTIMONY

Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (collectively, "Toyota") submit the following objection to the use of deposition testimony at trial:

Toyota objects to the use or introduction of deposition testimony, either orally or by videotape, that lacks proper foundation, includes hearsay or speculation, is irrelevant or whose relevant value is outweighed by the risk of unfair prejudice, was not designated in accordance with the Court's Scheduling Order, or otherwise is not admissible pursuant to the Federal Rules of Evidence or the Federal Rules of Civil Procedure.

WHEREFORE, defendants Toyota Motor Company and Toyota Motor Sales, U.S.A., Inc., respectfully request that the Court grant their objection to the use of deposition testimony and for all other just relief.

1

1205410-v1

Respectfully submitted,

KURT C. KERN (*admitted pro hac vice*)
Texas Bar No. 11354600
Kurt.Kern@bowmanandbrooke.com
**DAVID P. STONE** (*admitted pro hac vice*)
Texas Bar No. 19289060
David.Stone@bowmanandbrooke.com
**CRAIG D. DUPEN** (*admitted pro hac vice*)
Texas Bar No. 24065177
Craig.Dupen@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

and

**EDWIN L. LOWTHER, JR.** (81107)
elowther@wlj.com
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

**ATTORNEYS FOR TOYOTA MOTOR
SALES, U.S.A., INC. and TOYOTA
MOTOR CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has

been forwarded to all known counsel of record in this cause in accordance with the

Federal Rules of Civil Procedure on this 20th day of February, 2014.

Edwin L. Lowther, Jr.

2

1205410-v1