IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| RICKY WEAVER, as Personal Representative of the Estate of MICAH WEAVER, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CAUSE NO. 1:11-CV-00025-KGB |
| TOYOTA MOTOR CORPORATION, a Japanese corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

# TOYOTA DEFENDANTS' OBJECTIONS TO PROPOSED DEPOSITION TESTIMONY OF CHARLES BUTLER AND MICHAEL SANDERS

TO THE HONORABLE COURT:

COME NOW, Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (collectively, "the Toyota Defendants") and file their Objections to the Proposed Deposition Testimony of Charles Butler and Michael Sanders. Toyota reserves the right to amend and/or supplement these Objections as trial progresses.

## I.
## CHARLES BUTLER[1]

The Toyota Defendants hereby object by page and line designation to specific portions of the deposition testimony of Charles Butler:

| BEGIN | END | OBJECTIONS |
|---|---|---|
| Page 10, Line 17 | Page 13, Line 2 | Calls for expert testimony; opinion; lack of foundation; |

---

[1] For the Court's convenience, Defendants attach a copy of the transcript of Mr. Butler's deposition as Exhibit 1.

_____
**TOYOTA DEFENDANTS' OBJECTIONS TO PROPOSED DEPOSITION**
**TESTIMONY OF CHARLES BUTLER AND MICHAEL SANDERS**         **PAGE 1**

| BEGIN | END | OBJECTIONS |
|---|---|---|
|  |  | hearsay; compound |
| Page 13, Line 24 | Page 14, Line 1 | Lack of foundation; lacks personal knowledge |
| Page 15, Line 1 | Page 15, Line 7 | Lack of foundation; speculation |
| Page 15, Line 13 | Page 16, Line 9 | Calls for expert testimony; opinion; lack of foundation; hearsay |
| Page 16, Line 11 | Page 16, Line 20 | Lack of foundation; speculation |
| Page 17, Line 1 | Page 17, Line 19 | Leading, lack of foundation; speculation |
| Page 17, Line 25 | Page 22, Line 3 | Hearsay; lack of foundation; speculation; leading; confusing |
| Page 22, Line 9 | Page 22, Line 21 | Lack of foundation; speculation |
| Page 23, Line 12 | Page 25, Line 7 | Lack of foundation; hearsay; lack of authenticity; leading |
| Page 26, Line 6 | Page 27, Line 1 | Speculation; leading |
| Page 27, Line 7 | Page 28, Line 19 | Sidebar |
| Page 28, Line 22 | Page 29, Line 25 | Lack of foundation; lack of authenticity; hearsay; speculation; leading |
| Page 30, Line 6 | Page 31, Line 5 | Lack of foundation; lack of authenticity; hearsay; speculation; leading |
| Page 31, Line 12 | Page 34, Line 6 | Lack of foundation; lack of authenticity; hearsay; speculation; leading |
| Page 34, Line 11 | Page 34, Line 21 | Lack of foundation; leading; speculation; hearsay |
| Page 35, Line 17 | Page 36, Line 17 | Leading; lack of foundation; speculation; hearsay |
| Page 36, Line 22 | Page 38, Line 17 | Leading; lack of foundation; speculation; hearsay |
| Page 38, Line 24 | Page 39, Line 5 | Leading; lack of foundation; calls for expert testimony; opinion |
| Page 39, Line 24 | Page 40, Line 25 | Lack of foundation; hearsay |
| Page 41, Line 5 | Page 43, Line 2 | Leading; assumes facts not in evidence; hearsay |
| Page 43, Line 7 | Page 43, Line 13 | Lack of foundation; leading |
| Page 43, Line 15 | Page 44, Line 8 | Lack of foundation; leading |
| Page 44, Line 13 | Page 45, Line 7 | Hearsay; lack of foundation |
| Page 45, Line 15 | Page 46, Line 21 | Hearsay; lack of foundation; leading |

_____
**TOYOTA DEFENDANTS' OBJECTIONS TO PROPOSED DEPOSITION**
**TESTIMONY OF CHARLES BUTLER AND MICHAEL SANDERS         PAGE 2**

| BEGIN | END | OBJECTIONS |
|---|---|---|
| Page 78, Line 10 | Page 78, Line 18 | Lack of foundation; speculation |
| Page 78, Line 24 | Page 79, Line 4 | Assumes facts not in evidence; leading; lack of foundation |
| Page 79, Line 5 | Page 79, Line 22 | Speculation |
| Page 79, Line 23 | Page 80, Line 5 | Relevance; confusing; leading |
| Page 80, Line 6 | Page 80, Line 14 | Leading; assumes facts not in evidence; speculation |
| Page 80, Line 19 | Page 80, Line 24 | Speculation; leading; assumes facts not in evidence |
| Page 83, Line 7 | Page 83, Line 22 | Lack of foundation; calls for expert testimony; opinion; hearsay |
| Page 83, Line 24 | Page 84, Line 12 | Speculation; lack of foundation |
| Page 84, Line 23 | Page 85, Line 7 | Lack of foundation; speculation |
| Page 85, Line 17 | Page 86, Line 9 | Sidebar |
| Page 86, Line 11 | Page 88, Line 13 | Lack of foundation; lack of authenticity |
| Page 89, Line 15 | Page 85, Line 24 | Speculation; lack of foundation; lack of authenticity |

The Toyota Defendants also object to the entirety of the video recording of Mr. Butler's deposition because of the manner in which it was recorded by Plaintiff's counsel on Plaintiff's counsel's end of a video conference appearance at the deposition. The portions of the deposition recordings that Plaintiff's counsel provided to Defendants reveal that the recordings are incomplete and at times replace the view of the witness with a full screen view of various exhibits being discussed. Accordingly, the visual recordings are inaccurate representations of the testimony and would constitute an improper publishing to the jury of exhibits that have not and should not be admitted.

## II.
## MICHAEL LEWIS SANDERS[2]

The Toyota Defendants hereby object by page and line designation to specific portions of the deposition testimony of Michael Sanders.

| BEGIN | END | OBJECTIONS |
|---|---|---|
| Page 2, Line 13 | Page 6, Line 14 | Sidebar; incomplete question and answer |
| Page 7, Line 16 | Page 7, Line 19 | Sidebar |
| Page 9, Line 23 | Page 14, Line 9 | Sidebar |
| Page 15, Line 11 | Page 18, Line 15 | Leading; lack of foundation; hearsay; relevance; confusing |
| Page 18, Line 16 | Page 19, Line 4 | Sidebar |
| Page 19, Line 5 | Page 19, Line 12 | Lack of foundation |
| Page 19, Line 13 | Page 20, Line 2 | Sidebar |
| Page 20, Line 14 | Page 22, Line 16 | Leading; lack of foundation; lack of authenticity; assumes facts not in evidence; hearsay |
| Page 22, Line 17 | Page 22, Line 22 | Sidebar |
| Page 22, Line 23 | Page 37, Line 24 | Leading; hearsay; lack of foundation; lack of authenticity |
| Page 38, Line 1 | Page 39, Line 2 | Sidebar |
| Page 42, Line 22 | Page 43, Line 5 | Sidebar |
| Page 43, Line 12 | Page 43, Line 17 | Sidebar |
| Page 43, Line 22 | Page 44, Line 14 | Lack of foundation; assumes facts not in evidence; hearsay |
| Page 44, Line 16 | Page 45, Line 9 | Lack of foundation; leading; hearsay |
| Page 45, Line 14 | Page 46, Line 17 | Relevance; confusing; leading; hearsay |
| Page 46, Line 18 | Page 47, Line 23 | Sidebar |
| Page 48, Line 1 | Page 48, Line 21 | Lack of foundation; hearsay, leading |
| Page 49, Line 1 | Page 52, Line 1 | Lack of foundation; hearsay; leading |
| Page 53, Line 1 | Page 54, Line 14 | Hearsay; leading |
| Page 54, Line 16 | Page 55, Line 5 | Speculation; lack of foundation; leading; confusing |
| Page 55, Line 8 | Page 56, Line 11 | Leading; speculation; lack of foundation; hearsay |
| Page 56, Line 18 | Page 61, Line 9 | Leading; speculation; lack of foundation; hearsay |
| Page 61, Line 10 | Page 61, Line 16 | Sidebar |

---

[2] For the Court's convenience, Defendants attach a copy of the transcript of Mr. Sanders' deposition as Exhibit 2.

_____
**TOYOTA DEFENDANTS' OBJECTIONS TO PROPOSED DEPOSITION**
**TESTIMONY OF CHARLES BUTLER AND MICHAEL SANDERS**          **PAGE 4**

| BEGIN | END | OBJECTIONS |
|---|---|---|
| Page 61, Line 17 | Page 61, Line 21 | Hearsay; speculation; lack of foundation |
| Page 62, Line 8 | Page 63, Line 14 | Leading; hearsay; calls for expert testimony; opinion; lack of foundation |
| Page 63, Line 16 | Page 64, Line 3 | Leading; argumentative |
| Page 64, Line 4 | Page 65, Line 16 | Calls for expert testimony; opinion; lack of foundation; leading |
| Page 65, Line 17 | Page 66, Line 9 | Hearsay; speculation; calls for expert testimony; opinion |
| Page 65, Line 21 | Page 67, Line 8 | Assumes facts not in evidence; leading; hearsay |
| Page 67, Line 23 | Page 68, Line 11 | Assumes facts not in evidence; leading; lack of foundation |
| Page 68, Line 13 | Page 68, Line 21 | Assumes facts not in evidence; leading; lack of foundation |
| Page 68, Line 22 | Page 69, Line 21 | Sidebar |
| Page 69, Line 22 | Page 70, Line 10 | Assumes facts not in evidence; calls for expert testimony; opinion; lack of foundation |
| Page 70, Line 17 | Page 72, Line 18 | Sidebar |
| Page 72, Line 20 | Page 74, Line 22 | Relevance; confusing; hearsay |
| Page 74, Line 23 | Page 77, Line 6 | Sidebar |
| Page 77, Line 8 | Page 77, line 15 | Hearsay; lack of foundation; lack of authenticity |
| Page 77, Line 16 | Page 80, Line 18 | Sidebar |
| Page 80, Line 20 | Page 82, Line 1 | Hearsay |
| Page 82, Line 5 | Page 83, Line 5 | Hearsay; leading |
| Page 83, Line 6 | Page 83, Line 13 | Sidebar |
| Page 83, Line 20 | Page 84, Line 6 | Hearsay; lack of foundation |
| Page 84, Line 7 | Page 84, Line 19 | Hearsay |
| Page 84, Line 20 | Page 87, Line 2 | Hearsay; calls for expert testimony; opinion; lack of foundation; speculation |
| Page 87, Line 13 | Page 89, Line 10 | Relevance; hearsay |
| Page 89, Line 11 | Page 89, Line 19 | Lack of foundation; speculation |
| Page 89, Line 21 | Page 90, Line 5 | Lack of foundation; speculation |
| Page 90, Line 6 | Page 90, Page 23 | Hearsay; assumes facts not in evidence |
| Page 91, Line 1 | Page 91, Line 11 | Leading; speculation; lack of foundation |

_____
**TOYOTA DEFENDANTS' OBJECTIONS TO PROPOSED DEPOSITION**
**TESTIMONY OF CHARLES BUTLER AND MICHAEL SANDERS**            **PAGE 5**

| **BEGIN** | **END** | **OBJECTIONS** |
|---|---|---|
| Page 92, Line 12 | Page 94, Line 4 | Sidebar |
| Page 94, Line 6 | Page 95, Line 19 | Hearsay; leading; lack of foundation |
| Page 95, Line 20 | Page 96, Line 6 | Speculation; lack of foundation; confusing |
| Page 96, Line 9 | Page 98, Line 2 | Assumes facts not in evidence; calls for expert testimony; opinion; lack of foundation; leading |
| Page 98, Line 15 | Page 98, Line 23 | Sidebar |
| Page 99, Line 1 | Page 99, Line 22 | Lack of foundation; relevance |
| Page 129, Line 16 | Page 130, Line 22 | Assumes facts not in evidence; mischaracterizes prior testimony; leading |
| Page 130, Line 23 | Page 132, Line 13 | Speculation; calls for expert testimony; opinion; lack of foundation |
| Page 132, Line 15 | Page 133, Line 5 | Speculation; lack of foundation; confusing |
| Page 133, Line 6 | Page 133, Line 16 | Leading; speculation; calls for expert testimony; opinion; lack of foundation |
| Page 133, Line 18 | Page 134, Line 3 | Leading; assumes facts not in evidence; lack of foundation |
| Page 134, Line 5 | Page 134, Line 18 | Lack of foundation; speculation |

The Toyota Defendants also object to the entirety of the video recording of Mr. Sanders' deposition because of the manner in which it was recorded by Plaintiff's counsel on Plaintiff's counsel's end of a video conference appearance at the deposition. The portions of the deposition recordings that Plaintiff's counsel provided to Defendants reveal that the recordings are incomplete and at times replace the view of the witness with a full screen view of various exhibits being discussed. Accordingly, the visual recordings are inaccurate representations of the testimony and would constitute an improper publishing to the jury of exhibits that have not and should not be admitted.

Respectfully submitted,

*/s/ DAVID P. STONE*

**KURT C. KERN** (*admitted pro hac vice*)
Texas Bar No. 11334600
Kurt.Kern@bowmanandbrooke.com
**DAVID P. STONE** (*admitted pro hac vice*)
Texas Bar No. 19289060
David.Stone@bowmanandbrooke.com
**CRAIG D. DUPEN** (*admitted pro hac vice*)
Texas Bar No. 24065177
Craig.Dupen@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas  75201
Telephone:  (972) 616-1700
Facsimile:  (972) 616-1701

and

**EDWIN L. LOWTHER, JR.** (81107)
elowther@wlj.com
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone:  (501) 371-0808
Facsimile:  (501) 376-9442

**ATTORNEYS FOR TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 4TH day of March, 2014.

*/s/ DAVID P. STONE*

___